# Exhibit 1

10-K 1 a12311710k.htm 10-K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

**Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2017**

**Commission file number 001-36126**

# LGI HOMES, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1450 Lake Robbins Drive, Suite 430, The Woodlands, Texas | 77380 |
| (Address of principal executive offices) | (Zip code) |

**(281) 362-8998**

**(Registrant's Telephone Number, Including Area Code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock ($0.01 par value)** | **NASDAQ** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒     No ☐

LGI HOMES 001391

[Table of Contents](#)

### ITEM 6.   SELECTED FINANCIAL DATA

The selected historical balance sheet and statement of operations information presented as of December 31, 2017, 2016 2015, 2014 and 2013 and for the years then ended have been derived from our audited historical consolidated financial statements. The following table should be read together with, and is qualified in its entirety by reference to, our historical consolidated financial statements and the accompanying notes included elsewhere in this Annual Report. The table should also be read together with "Management's Discussion and Analysis of Financial Condition and Results of Operations."

The following table presents our selected historical financial and operating data as of the dates and for the periods indicated.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2017 | 2016 | 2015 | 2014 | 2013 |
|  | (dollars in thousands, except per share data and average home sales price) | | | | |
| **Statement of Operations Data:** | | | | | |
| Revenues: | | | | | |
| Home sales revenues | $ 1,257,960 | $ 838,320 | $ 630,236 | $ 383,268 | $ 160,067 |
| Management and warranty fees | — | — | — | — | 2,729 |
| Total revenues | 1,257,960 | 838,320 | 630,236 | 383,268 | 162,796 |
| Expenses: | | | | | |
| Cost of sales | 937,540 | 616,707 | 463,304 | 280,481 | 121,326 |
| Selling expenses | 94,957 | 66,984 | 52,998 | 36,672 | 15,769 |
| General and administrative | 55,662 | 43,158 | 34,260 | 23,744 | 13,604 |
| Income from unconsolidated joint ventures | — | — | — | — | (4,287) |
| Operating income | 169,801 | 111,471 | 79,674 | 42,371 | 16,384 |
| Interest expense, net | — | — | — | — | 51 |
| Gain on remeasurement of interests in LGI/GTIS Joint Ventures | — | — | — | — | (6,446) |
| Other income, net | (1,601) | (2,201) | (606) | (708) | (24) |
| Net income before income taxes | 171,402 | 113,672 | 80,280 | 43,079 | 22,803 |
| Income tax provision | 58,096 | 38,641 | 27,450 | 14,868 | 1,066 |
| Net income | 113,306 | 75,031 | 52,830 | 28,211 | 21,737 |
| Loss attributable to non-controlling interests | — | — | — | — | 590 |
| Net income attributable to owners | $ 113,306 | $ 75,031 | $ 52,830 | $ 28,211 | $ 22,327 |
| Basic earnings per share [1] | $ 5.24 | $ 3.61 | $ 2.65 | $ 1.37 | $ 0.34 |
| Diluted earnings per share [1] | $ 4.73 | $ 3.41 | $ 2.44 | $ 1.33 | $ 0.34 |
| **Other Financial and Operating Data:** | | | | | |
| Active communities at end of year | 78 | 63 | 52 | 39 | 25 |

LGI HOMES 001443

10-K 1 a12311810k.htm 10-K

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

**Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the fiscal year ended December 31, 2018

Commission file number 001-36126

# LGI HOMES, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **46-3088013** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1450 Lake Robbins Drive, Suite 430, The Woodlands, Texas** | **77380** |
| (Address of principal executive offices) | (Zip code) |

**(281) 362-8998**

(Registrant's Telephone Number, Including Area Code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock ($0.01 par value)** | **NASDAQ** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒      No ☐

Table of Contents

### ITEM 6. SELECTED FINANCIAL DATA

The selected historical balance sheet and statement of operations information presented as of December 31, 2018, 2017, 2016, 2015 and 2014 and for the years then ended have been derived from our audited historical consolidated financial statements. The following table should be read together with, and is qualified in its entirety by reference to, our historical consolidated financial statements and the accompanying notes included elsewhere in this Annual Report. The table should also be read together with "Management's Discussion and Analysis of Financial Condition and Results of Operations."

The following table presents our selected historical financial and operating data as of the dates and for the periods indicated.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2018 | 2017 | 2016 | 2015 | 2014 |
|  | (dollars in thousands, except per share data and average home sales price) | | | | |
| **Statement of Operations Data:** | | | | | |
| Revenues: | | | | | |
|   Home sales revenues | $ 1,504,400 | $ 1,257,960 | $ 838,320 | $ 630,236 | $ 383,268 |
| Expenses: | | | | | |
|   Cost of sales | 1,124,484 | 937,540 | 616,707 | 463,304 | 280,481 |
|   Selling expenses | 109,460 | 94,957 | 66,984 | 52,998 | 36,672 |
|   General and administrative | 70,345 | 55,662 | 43,158 | 34,260 | 23,744 |
|   Operating income | 200,111 | 169,801 | 111,471 | 79,674 | 42,371 |
| Loss on extinguishment of debt | 3,599 | — | — | — | — |
| Other income, net | (2,586) | (1,601) | (2,201) | (606) | (708) |
|   Net income before income taxes | 199,098 | 171,402 | 113,672 | 80,280 | 43,079 |
| Income tax provision | 43,812 | 58,096 | 38,641 | 27,450 | 14,868 |
|   Net income | $ 155,286 | $ 113,306 | $ 75,031 | $ 52,830 | $ 28,211 |
| Basic earnings per share [1] | $ 6.89 | $ 5.24 | $ 3.61 | $ 2.65 | $ 1.37 |
| Diluted earnings per share [1] | $ 6.24 | $ 4.73 | $ 3.41 | $ 2.44 | $ 1.33 |
| **Other Financial and Operating Data:** | | | | | |
| Active communities at end of year | 88 | 78 | 63 | 52 | 39 |
| Home closings | 6,512 | 5,845 | 4,163 | 3,404 | 2,356 |
| Average sales price of homes closed | $ 231,020 | $ 215,220 | $ 201,374 | $ 185,146 | $ 162,677 |
| Gross margin [2] | $ 379,916 | $ 320,420 | $ 221,613 | $ 166,932 | $ 102,787 |
| Gross margin % [3] | 25.3% | 25.5% | 26.4% | 26.5% | 26.8% |
| Adjusted gross margin [4] | $ 405,635 | $ 338,066 | $ 232,778 | $ 175,120 | $ 108,111 |
| Adjusted gross margin % [3][4] | 27.0% | 26.9% | 27.8% | 27.8% | 28.2% |
| EBITDA [5] | $ 224,120 | $ 189,593 | $ 125,441 | $ 87,221 | $ 45,445 |
| EBITDA margin % [3][5] | 14.9% | 15.1% | 15.0% | 13.8% | 11.9% |

Exhibits

---

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the fiscal year ended December 31, 2019

OR

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from to .

Commission file number 001-36126

---

# LGI HOMES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 1450 Lake Robbins Drive, Suite 430, The Woodlands, TX | 77380 |
|---|---|
| (Address of principal executive offices) | (Zip code) |

(281) 362-8998

(Registrant's Telephone Number, Including Area Code)

---

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LGIH | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

LGI HOMES 001660

## ITEM 6. SELECTED FINANCIAL DATA

The selected historical balance sheet and statement of operations information presented as of December 31, 2019 , 2018 , 2017 , 2016 and 2015 and for the years then ended have been derived from our audited historical consolidated financial statements. The following table should be read together with, and is qualified in its entirety by reference to, our historical consolidated financial statements and the accompanying notes included elsewhere in this Annual Report. The table should also be read together with " Management's Discussion and Analysis of Financial Condition and Results of Operations ."

The following table presents our selected historical financial and operating data as of the dates and for the periods indicated.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2019 | 2018 | 2017 | 2016 | 2015 |
|  | (dollars in thousands, except per share data and average home sales price) | | | | |
| **Statement of Operations Data:** | | | | | |
| Home sales revenues | $ 1,838,154 | $ 1,504,400 | $ 1,257,960 | $ 838,320 | $ 630,236 |
| Expenses: | | | | | |
|   Cost of sales | 1,401,675 | 1,124,484 | 937,540 | 616,707 | 463,304 |
|   Selling expenses | 131,561 | 109,460 | 94,957 | 66,984 | 52,998 |
|   General and administrative | 77,380 | 70,345 | 55,662 | 43,158 | 34,260 |
|     Operating income | 227,538 | 200,111 | 169,801 | 111,471 | 79,674 |
| Loss on extinguishment of debt | 169 | 3,599 | — | — | — |
| Other income, net | (4,463) | (2,586) | (1,601) | (2,201) | (606) |
| Net income before income taxes | 231,832 | 199,098 | 171,402 | 113,672 | 80,280 |
| Income tax provision | 53,224 | 43,812 | 58,096 | 38,641 | 27,450 |
| Net income | $ 178,608 | $ 155,286 | $ 113,306 | $ 75,031 | $ 52,830 |
| Basic earnings per share (1) | $ 7.70 | $ 6.89 | $ 5.24 | $ 3.61 | $ 2.65 |
| Diluted earnings per share (1) | $ 7.02 | $ 6.24 | $ 4.73 | $ 3.41 | $ 2.44 |
| **Other Financial and Operating Data:** | | | | | |
| Active communities at end of year | 106 | 88 | 78 | 63 | 52 |
| Home closings | 7,690 | 6,512 | 5,845 | 4,163 | 3,404 |
| Average sales price of homes closed | $ 239,032 | $ 231,020 | $ 215,220 | $ 201,374 | $ 185,146 |
| Gross margin (2) | $ 436,479 | $ 379,916 | $ 320,420 | $ 221,613 | $ 166,932 |
| Gross margin % (3) | 23.7% | 25.3% | 25.5% | 26.4% | 26.5% |
| Adjusted gross margin (4) | $ 475,033 | $ 405,635 | $ 338,066 | $ 232,778 | $ 175,120 |
| Adjusted gross margin % (3)(4) | 25.8% | 27.0% | 26.9% | 27.8% | 27.8% |
| EBITDA (5) | $ 267,705 | $ 224,120 | $ 189,593 | $ 125,441 | $ 87,221 |
| EBITDA margin % (3)(5) | 14.6% | 14.9% | 15.1% | 15.0% | 13.8% |
| Adjusted EBITDA (5) | $ 266,735 | $ 226,541 | $ 188,238 | $ 123,725 | $ 88,746 |

LGI HOMES 001711

Exhibits

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒    **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2020**

**OR**

☐    **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from to .**

**Commission file number 001-36126**

# LGI HOMES, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1450 Lake Robbins Drive, Suite 430,    The Woodlands, TX | 77380 |
| (Address of principal executive offices) | (Zip code) |

**(281) 362-8998**

**(Registrant's Telephone Number, Including Area Code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LGIH | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

LGI HOMES 001799

**Table of Contents**

**ITEM 6. SELECTED FINANCIAL DATA**

    The selected historical balance sheet and statement of operations information presented as of December 31, 2020, 2019, 2018, 2017 and 2016 and for the years then ended have been derived from our audited historical consolidated financial statements. The following table should be read together with, and is qualified in its entirety by reference to, our historical consolidated financial statements and the accompanying notes included elsewhere in this Annual Report. The table should also be read together with " Management's Discussion and Analysis of Financial Condition and Results of Operations ."

    The following table presents our selected historical financial and operating data as of the dates and for the periods indicated.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2020 | 2019 | 2018 | 2017 | 2016 |
| | (dollars in thousands, except per share data and average home sales price) | | | | |
| **Statement of Operations Data:** | | | | | |
| Home sales revenues | $ 2,367,929 | $ 1,838,154 | $ 1,504,400 | $ 1,257,960 | $ 838,320 |
| Expenses: | | | | | |
|   Cost of sales | 1,764,832 | 1,401,675 | 1,124,484 | 937,540 | 616,707 |
|   Selling expenses | 148,366 | 131,561 | 109,460 | 94,957 | 66,984 |
|   General and administrative | 90,021 | 77,380 | 70,345 | 55,662 | 43,158 |
|     Operating income | 364,710 | 227,538 | 200,111 | 169,801 | 111,471 |
| Loss on extinguishment of debt | — | 169 | 3,599 | — | — |
| Other income, net | (3,139) | (4,463) | (2,586) | (1,601) | (2,201) |
| Net income before income taxes | 367,849 | 231,832 | 199,098 | 171,402 | 113,672 |
| Income tax provision | 43,954 | 53,224 | 43,812 | 58,096 | 38,641 |
| Net income | $ 323,895 | $ 178,608 | $ 155,286 | $ 113,306 | $ 75,031 |
| Basic earnings per share [1] | $ 12.89 | $ 7.70 | $ 6.89 | $ 5.24 | $ 3.61 |
| Diluted earnings per share [1] | $ 12.76 | $ 7.02 | $ 6.24 | $ 4.73 | $ 3.41 |
| **Other Financial and Operating Data:** | | | | | |
| Average community count | 111.9 | 95.8 | 80.6 | 73.1 | 57.9 |
| Community count at end of period | 116 | 106 | 88 | 78 | 63 |
| Home closings | 9,339 | 7,690 | 6,512 | 5,845 | 4,163 |
| Average sales price per home closed | $ 253,553 | $ 239,032 | $ 231,020 | $ 215,220 | $ 201,374 |
| Gross margin [2] | $ 603,097 | $ 436,479 | $ 379,916 | $ 320,420 | $ 221,613 |
| Gross margin % [3] | 25.5 % | 23.7 % | 25.3 % | 25.5 % | 26.4 % |

LGI HOMES 001859

Table of Contents

## Results of Operations

The following table sets forth our results of operations for the years ended December 31, 2020, 2019 and 2018.

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| | (dollars in thousands, except per share data and average home sales price) | | |
| **Statement of Income Data:** | | | |
| Home sales revenues | $ 2,367,929 | $ 1,838,154 | $ 1,504,400 |
| Expenses: | | | |
| Cost of sales | 1,764,832 | 1,401,675 | 1,124,484 |
| Selling expenses | 148,366 | 131,561 | 109,460 |
| General and administrative | 90,021 | 77,380 | 70,345 |
| Operating income | 364,710 | 227,538 | 200,111 |
| Loss on extinguishment of debt | — | 169 | 3,599 |
| Other income, net | (3,139) | (4,463) | (2,586) |
| Net income before income taxes | 367,849 | 231,832 | 199,098 |
| Income tax provision | 43,954 | 53,224 | 43,812 |
| Net income | $ 323,895 | $ 178,608 | $ 155,286 |
| Basic earnings per share | $ 12.89 | $ 7.70 | $ 6.89 |
| Diluted earnings per share | $ 12.76 | $ 7.02 | $ 6.24 |
| **Other Financial and Operating Data:** | | | |
| Average community count | 111.9 | 95.8 | 80.6 |
| Community count at end of period | 116 | 106 | 88 |
| Home closings | 9,339 | 7,690 | 6,512 |
| Average sales price per home closed | $ 253,553 | $ 239,032 | $ 231,020 |
| Gross margin [1] | $ 603,097 | $ 436,479 | $ 379,916 |
| Gross margin % [2] | 25.5% | 23.7% | 25.3% |
| Adjusted gross margin [3] | $ 648,350 | $ 475,033 | $ 405,635 |
| Adjusted gross margin % [2][3] | 27.4% | 25.8% | 27.0% |
| EBITDA [4] | $ 408,940 | $ 267,705 | $ 224,120 |
| EBITDA margin % [2][4] | 17.3% | 14.6% | 14.9% |
| Adjusted EBITDA [4] | $ 410,673 | $ 266,735 | $ 226,541 |

LGI HOMES 001866

Exhibits

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the fiscal year ended December 31, 2021

OR

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from to .

Commission file number 001-36126

# LGI HOMES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1450 Lake Robbins Drive, Suite 430, The Woodlands, TX | 77380 |
| (Address of principal executive offices) | (Zip code) |

(281) 362-8998

(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LGIH | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

LGI HOMES 001957

**Table of Contents**

## LGI HOMES, INC.
## CONSOLIDATED STATEMENTS OF OPERATIONS
### (In thousands, except share and per share data)

|  | For the Year Ended December 31, | | |
|---|---|---|---|
|  | **2021** | **2020** | **2019** |
| Home sales revenues | $ 3,050,149 | $ 2,367,929 | $ 1,838,154 |
| Cost of sales | 2,232,115 | 1,764,832 | 1,401,675 |
| Selling expenses | 170,005 | 148,366 | 131,561 |
| General and administrative | 100,331 | 90,021 | 77,380 |
| Operating income | 547,698 | 364,710 | 227,538 |
| Loss on extinguishment of debt | 13,976 | — | 169 |
| Other income, net | (9,053) | (3,139) | (4,463) |
| Net income before income taxes | 542,775 | 367,849 | 231,832 |
| Income tax provision | 113,130 | 43,954 | 53,224 |
| Net income | $ 429,645 | $ 323,895 | $ 178,608 |
| Earnings per share: |  |  |  |
| Basic | $ 17.46 | $ 12.89 | $ 7.70 |
| Diluted | $ 17.25 | $ 12.76 | $ 7.02 |
| Weighted average shares outstanding: |  |  |  |
| Basic | 24,607,231 | 25,135,077 | 23,191,595 |
| Diluted | 24,908,991 | 25,380,560 | 25,430,841 |

See accompanying notes to the consolidated financial statements.

LGI HOMES 002062

Exhibits

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2022**

**OR**

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from to .**

**Commission file number 001-36126**

# LGI HOMES, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1450 Lake Robbins Drive, Suite 430,    The Woodlands, TX | 77380 |
| (Address of principal executive offices) | (Zip code) |

**(281) 362-8998**

**(Registrant's Telephone Number, Including Area Code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LGIH | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

LGI HOMES 002265

Table of Contents

### Results of Operations

The following table sets forth our results of operations for the years ended December 31, 2022, 2021 and 2020.

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2022 | 2021 | 2020 |
|  | (dollars in thousands, except per share data and average home sales price) | | |
| **Statement of Income Data:** | | | |
| Home sales revenues | $ 2,304,455 | $ 3,050,149 | $ 2,367,929 |
| Expenses: | | | |
| Cost of sales | 1,657,855 | 2,232,115 | 1,764,832 |
| Selling expenses | 144,928 | 170,005 | 148,366 |
| General and administrative | 111,565 | 100,331 | 90,021 |
| Operating income | 390,107 | 547,698 | 364,710 |
| Loss on extinguishment of debt | — | 13,976 | — |
| Other income, net | (28,009) | (9,053) | (3,139) |
| Net income before income taxes | 418,116 | 542,775 | 367,849 |
| Income tax provision | 91,549 | 113,130 | 43,954 |
| Net income | $ 326,567 | $ 429,645 | $ 323,895 |
| Basic earnings per share | $ 13.90 | $ 17.46 | $ 12.89 |
| Diluted earnings per share | $ 13.76 | $ 17.25 | $ 12.76 |
| **Other Financial and Operating Data:** | | | |
| Average community count | 91.9 | 104.4 | 111.9 |
| Community count at end of period | 99 | 101 | 116 |
| Home closings | 6,621 | 10,442 | 9,339 |
| Average sales price per home closed | $ 348,052 | $ 292,104 | $ 253,553 |
| Gross margin [1] | $ 646,600 | $ 818,034 | $ 603,097 |
| Gross margin % [2] | 28.1% | 26.8% | 25.5% |
| Adjusted gross margin [3] | $ 673,745 | $ 860,544 | $ 648,350 |
| Adjusted gross margin % [2][3] | 29.2% | 28.2% | 27.4% |
| EBITDA [4] | $ 439,968 | $ 581,475 | $ 408,940 |
| EBITDA margin % [2][4] | 19.1% | 19.1% | 17.3% |
| Adjusted EBITDA [4] | $ 418,828 | $ 591,362 | $ 410,673 |

Exhibits

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒  **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the fiscal year ended December 31, 2023

OR

☐  **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

For the transition period from to .

Commission file number 001-36126

# LGI HOMES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 46-3088013 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 1450 Lake Robbins Drive, Suite 430, The Woodlands, TX | 77380 |
| (Address of principal executive offices) | (Zip code) |

(281) 362-8998

(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LGIH | NASDAQ Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

LGI HOMES 002114

**Table of Contents**

**Results of Operations**

The following table sets forth our results of operations for the years ended December 31, 2023, 2022 and 2021.

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2023 | 2022 | 2021 |
|  | (dollars in thousands, except per share data and average home sales price) | | |
| **Statement of Income Data:** | | | |
| Home sales revenues | $ 2,358,580 | $ 2,304,455 | $ 3,050,149 |
| Expenses: | | | |
| Cost of sales | 1,816,393 | 1,657,855 | 2,232,115 |
| Selling expenses | 191,582 | 144,928 | 170,005 |
| General and administrative | 117,350 | 111,565 | 100,331 |
| Operating income | 233,255 | 390,107 | 547,698 |
| Loss on extinguishment of debt | — | — | 13,976 |
| Other income, net | (28,499) | (28,009) | (9,053) |
| Net income before income taxes | 261,754 | 418,116 | 542,775 |
| Income tax provision | 62,527 | 91,549 | 113,130 |
| Net income | $ 199,227 | $ 326,567 | $ 429,645 |
| Basic earnings per share | $ 8.48 | $ 13.90 | $ 17.46 |
| Diluted earnings per share | $ 8.42 | $ 13.76 | $ 17.25 |
| **Other Financial and Operating Data:** | | | |
| Average community count | 103.9 | 91.9 | 104.4 |
| Community count at end of period | 117 | 99 | 101 |
| Home closings | 6,729 | 6,621 | 10,442 |
| Average sales price per home closed | $ 350,510 | $ 348,052 | $ 292,104 |
| Gross margin [1] | $ 542,187 | $ 646,600 | $ 818,034 |
| Gross margin % [2] | 23.0 % | 28.1 % | 26.8 % |
| Adjusted gross margin [3] | $ 582,047 | $ 673,745 | $ 860,544 |
| Adjusted gross margin % [2][3] | 24.7 % | 29.2 % | 28.2 % |
| EBITDA [4] | $ 297,530 | $ 439,968 | $ 581,475 |
| EBITDA margin % [2][4] | 12.6 % | 19.1 % | 19.1 % |

LGI HOMES 002181