# Exhibit 2

## FILED AS RESTRICTED LEVEL 1