# Exhibit 3

```
 1    1    DISTRICT COURT, COUNTY OF ARAPAHOE
           STATE OF COLORADO
 2    2    7325 South Potomac Street
           Centennial, Colorado 80112
 3    3                              ^ COURT USE ONLY ^
           _____
 4    4
           RIKKI MCALISTER,          Case Number 2023CV030960
 5    5    individually and on behalf
           of all others similarly            Division 204
 6    6    situated,
                   Plaintiff,
 7    7
           vs.
 8    8
           LGI HOMES CORPORATE, LLC,
 9    9    a Texas limited liability
           company; and
10   10
           KEVIN WOLF, individually,
11   11          Defendants.
           _____
12   12
                   REMOTE RULE 30(b)(6) DEPOSITION OF LGI HOMES
13   13              CORPORATE, LLC, by CONNIE SONIER
                           October 24, 2023
14   14    _____
15   15
16   16
17   17
18   18
19   19
20   20
21   21
22   22
23   23
24   24
25   25
                                               Page 1
```

```
 1   2
 2
     1     REMOTE APPEARANCES:
 3
     2     ON BEHALF OF THE PLAINTIFF:
 4                     ADAM M. HARRISON, ESQ.
     3                 HKM Employment Attorneys LLP
 5                     730 17th Street, Suite 750
     4                 Denver, Colorado 80202
 6                     Phone: 720-255-0370
     5                 Email: aharrison@hkm.com
 7
     6                 JENNIFER A. WADHWA, ESQ.
 8                     3i Law LLC
     7                 2000 South Colorado Boulevard
 9                     Tower I, Suite 10000
     8                 Denver, Colorado 80222
10                     Phone: 303-245-2100
     9                 Email: jwadhwa@3ilawfirm.com
11
    10     ON BEHALF OF THE DEFENDANTS:
12                     PATRICK J. COLLOPY, ESQ.
    11                 VANCE O. KNAPP, ESQ.
13                     Fisher Phillips
    12                 1125 17th Street, Suite 2400
14                     Denver, Colorado 80202
    13                 Phone: 303-218-3650
15                     Email: pcollopy@fisherphillips.com
    14                     vknapp@fisherphillips.com
16
    15     Also Present:  Abby Schwarz
17                        Scott Garber
    16
18
    17
19
    18
20
    19
21
    20
22
    21
23
    22
24
    23
25
    24

                                              Page  2
```

```
 1    3
 2     1                     PURSUANT TO WRITTEN NOTICE and the
 3     2    appropriate rules of civil procedure, the remote
 4     3    Rule 30(b)(6) deposition of LGI Homes Corporate, LLC, by
 5     4    CONNIE SONIER, called for examination by the Plaintiff,
 6     5    was taken with all parties appearing remotely, commencing
 7     6    at 9:36 a.m. on October 24, 2023, before Kimberly Smith,
 8     7    Registered Professional Reporter and Notary Public in and
 9     8    for the State of Colorado.
10     9
11    10                          I N D E X
```

```
12    11    EXAMINATION:                                         PAGE
13    12    By Mr. Harrison                                         5
14    13    EXHIBITS:                                             PAGE
15    14    Exhibit 1    Plaintiff's First Amended Notice         13
                         of Deposition of the Defendant
16    15                 LGI Homes Corporate, LLC Pursuant
                         to C.R.C.P. 30(b)(6)
17    16
           Exhibit 2    LinkedIn Resume of Connie Sonier         14
18    17
           Exhibit 3    Email to Schilling from ExponentHR,      17
19    18                 5/3/18
20    19    Exhibit 4    Pay stub for McAlister, with             38
                         attachments
21    20
           Exhibit 5    Pay stub for McAlister, with             38
22    21                 attachments
23    22    Exhibit 6    Additional LGI Policies, with            54
                         attachment
24    23
25    24    Exhibit 7    Excerpt from LGI Homes Employee          57
                         Handbook
```

Page 3

1 4

1  Exhibit 8  Department of Labor and Employment 60
2       Colorado Minimum Wage Order Number
2       35

3  Exhibit 9  Department of Labor and Employment 60
4       Colorado Overtime and Minimum Pay
        Standards Order (Comps Order) #38

5  Exhibit 10  Letter To Whom It May Concern 66
6       from McAlister, 4/2/23, with
        attachments

7  Exhibit 11  LGI Homes, Inc. Performance Based 68
8       Job Description, New Home
        Consultant

9  Exhibit 12  Excel Spreadsheet 72

10  Exhibit 13  Unlabeled Log 75

11  Exhibit 14  Worksheet 76

12  Exhibit 15  Form Letter from DeCamp, 1/25/07, 80
13       with attachments

14  Exhibit 16  3rd Quarter 2020 Commission Detail, 82
        Rikki McAlister

Page 4

5

1                    P R O C E E D I N G S

2                         CONNIE SONIER

3    having been first duly sworn, was examined and

4    testified as follows:

5                         EXAMINATION

6    BY MR. HARRISON:

7         Q    Good morning, Ms. Sonier.  My name is Adam

8    Harrison.  I represent Rikki McAlister in a

9    punitive -- that means hopeful -- wage and hour class

10   action and her individual claims against LGI.  And

11   this morning, we -- I'll be the one deposing you.

12             Have you been deposed before?

13        A    I have not.

14        Q    Okay.  There's just a little bit of

15   housekeeping, kind of running through the rules of the

16   road, at the start here.

17             And then I'll stop and check in on the fact

18   that -- whether we're all connected virtually to

19   Exhibit Share.

20             And then I'll talk to you about the way

21   that -- this is a Rule 30(b)(6) deposition, where

22   we've asked for a designee on topics.

23             But kind of first, to those kind of basics

24   of the deposition:  I'm going to ask you a series of

25   questions.  I will then -- I'll pause and wait for

Page 5

1          MR. KNAPP:  We're referring to the document

2     that's Plaintiff's Exhibit 1?

3          MR. HARRISON:  Yes, sir.

4          MR. KNAPP:  I'm just going to need a

5     second.

6          MR. HARRISON:  Ideally, I do uniform

7     exhibits, so it would be just overall Exhibit 1, and

8     then use continuous throughout the depositions.

9          THE DEPONENT:  Can you scroll down, please.

10          MR. KNAPP:  Yeah, sure.

11     A     Yes, that is me.

12     Q     (By Mr. Harrison)  And so your current job

13     at LGI is the vice president of human resources?

14     A     It is.

15     Q     And you've been in that role since

16     December 2015; is that correct?

17     A     I have.

18     Q     Okay.  Tell me just a little bit, kind of

19     the Cliff Notes version:  What is your role as the

20     vice president of human resources?

21     A     So my role is to oversee the HR department.

22     I have three direct reports.  Two report to one of my

23     direct reports.  So HR has six employees.  Recruiting

24     at LGI is separate from HR.  It falls under our chief

25     marketing officer.

Page 13

```
 1              So our main duties day to day are mainly

 2     payroll and benefits and then any HR issues that would

 3     come up.

 4         Q    Things like discipline or harassment,

 5     things like that?

 6         A    We don't usually do the discipline.  That

 7     would be done by the field.

 8         Q    Okay.  How long has -- the recruiting

 9     aspect of management, how long has that been handled

10     separately from what you're doing in HR?

11         A    Always.

12         Q    By "Always," do you mean the entire time

13     you've been at LGI, since 1994?

14         A    I've been at LGI since 2007.

15         Q    Okay.  I'm sorry.  I was looking at Quality

16     Publishing, and I just totally missed that.  That was

17     your role before.  Okay.

18              What was -- as HR administrator, from

19     May 2007 to November '22 -- that's what I'm seeing on

20     Exhibit 2 -- is that -- is that an accurate time

21     period for you being an HR administrator?

22         A    Yes.

23         Q    And what did you administer?  What was your

24     role there?

25         A    We were just a lot smaller company.  We did
```

Page 14

1    those homes, starting with the driveway and the

2    backyard and just rinse and repeat for each home.

3         Q    Okay.  Taking a couple of steps back:

4    The -- when you're talking about a target home, is

5    that -- within any community where the sales are being

6    made, is there -- does there tend to be one target

7    home that you're using as kind of model home for the

8    community?

9         A    Correct.  One target home, yes.

10        Q    Okay.  And do you all -- okay.  And then

11   the -- you talked about there being a computer in a

12   room of the home.

13             Did I hear that correctly?

14        A    Yes.  In -- for our sales office, we use

15   one of the LGI homes.  And the garage has been

16   converted into a sales office.

17             We refer to it as the boiler room.  And

18   that's where the sales reps' desks are, and there's

19   one computer there for them to use to run credit.

20        Q    So for that home, is that -- I mean, that's

21   the -- that's the sales office in that community,

22   right?

23        A    Correct.

24        Q    Is it also a model home, or is the target

25   home generally the one model home in the community?

Page 26

```
1          A    So LGI is a little different.  We don't

2     stage the homes.  They're empty.  They don't have

3     furniture, anything in them, the target home.  So it's

4     ready to be moved in right away.

5               But the home that we're using as the sales

6     office, it is furnished as an office.  It's got tables

7     set up for the sales reps to meet with the customer.

8     And there's a sales manager office, a mortgage office

9     there, and a reception desk for the office manager.

10         Q    So it tends to be a good workspace.  But

11    the sales office home is not a model home, correct?

12         A    Correct.  When we're ready to move out of

13    that community, we can easily convert it to a home to

14    be sold.

15         Q    Okay.  Do you have knowledge of the --

16    generally, the number of hours that sales reps were

17    working during this period?

18         A    I do not, because they're exempt.  We don't

19    track their hours.

20         Q    Okay.  Have you or has LGI talked to its

21    employees recently about how many hours they're

22    working?

23         A    Not to my knowledge.

24         Q    Would you agree with me that when it comes

25    to the number of hours that they're working, that the
```

Page 27

1    he do?

2         A    So vice president of sales have the sales

3    managers report to them.  So they do goals once a

4    month with the sales managers.

5              And then they'll just stop in, check in on

6    the different locations, and be there to answer any

7    questions that may come up for the sales managers.

8         Q    Okay.  Does the sales manager have any --

9    have any control over the pay rates, the methods by

10   which sales reps will be paid?

11        A    They do not.

12        Q    Do they have the power to hire and fire

13   sales reps?

14        A    They have the power to hire, not to fire.

15        Q    Who has the power to fire sales reps?

16        A    So we have a committee of three here at the

17   corporate office.  It is Eric Lipar, the CEO; Mike

18   Snider, the COO; and Charles Merdian, the CFO.  And

19   two of the three have to agree to a termination before

20   any employee is terminated.

21        Q    Okay.  And does one of those individuals --

22   is one of those individuals the one who ultimately has

23   the power to decide how and what the sales reps would

24   be paid?

25        A    So that would be Eric Lipar, the CEO; and

Page 30

1        Mike Schneider, the COO.  They're the ones that

2        determine the rate of pay for the sales reps.

3             Q    Okay.  Who within the organization decides

4        what the employment policies will be?  Is it one of

5        those two?

6             A    Can you explain what you mean by

7        "employment policies"?

8             Q    Sure.  So we have some pretty big

9        employment manuals that LGI produced to the plaintiff

10       in this case.

11                 Are you familiar with that production:  the

12       employee manuals that we got?

13            A    Yes.  So that would be those same two, yes.

14            Q    They're the ones who would decide what

15       would go in there?

16            A    Yes.

17            Q    Are you familiar with how the sales reps --

18       kind of what their pay -- their method of payment was,

19       whether they were salaried or bonused or commissioned

20       or hourly or any of that?

21            A    Yes.

22            Q    Okay.  So talk me through that.  Were all

23       of the sales reps -- during the six and a half years

24       that we're looking at, were all of them paid by the

25       same method?

                                                  Page 31

1            Going back just one step:  Is there -- is

2    there a way for you or for LGI to determine the number

3    of sales reps that it's had within the six years and

4    five months?

5        A    Yes.

6            MR. HARRISON:  I kind of have to hold this

7    30(b)(6) open or reserve my right to seek that answer

8    until we can get it.

9            So I just want to -- could you find out --

10   could you find out for me how many sales reps there

11   were?

12           MR. KNAPP:  I think on a break, we could do

13   that.

14           THE DEPONENT:  Uh-huh.

15           MR. HARRISON:  Awesome.  That way we don't

16   have to spend any more dates . . .

17       Q    (By Mr. Harrison)  Now, talk to me about

18   the draw.  It used to be 36,000.  Now it's a little

19   bit more than that.

20           How does the -- how does the draw work?

21       A    So when a sales rep starts, they get 100

22   days of training pay; because we're intensely training

23   them, and their ability to close a home in the first

24   100 days is lower, of course.

25           So they get the training pay, which they

Page 33

1     don't pay back.  And then --

2          Q    What is -- at what rate is that?

3          A    36,000 a year.

4          Q    Okay.  So within those first 100 days,

5     they're getting paid at that rate.  But it's not --

6          A    Yes.

7          Q    -- it's not a draw; it's training pay?

8          A    Correct.  Yes.

9          Q    Okay.  Go ahead.

10         A    And then after the 100 days, they go onto

11    the draw.  And so we prorate it for however many days

12    after the 100 days they have left in that quarter.

13    And then when they earn commissions, they get paid the

14    commissions that is above that draw.

15              And then going forward, when it was 36,000,

16    it's the $9,000 a quarter.  So once your commissions

17    exceed that $9,000, you would receive those

18    commissions.

19              And your draw continues.  The draw never

20    stops, because now you're earning commissions above

21    it.  The draw is steadily paid every two weeks.

22         Q    Okay.  For a person who doesn't receive

23    commissions for several months, they would still

24    receive the draw on all of their paychecks, right?

25         A    So prior to October 2022, they could

Page 34

1    whether the deductions ended up being 100 percent of

2    the draw that a person received during a pay year.

3        A    Yes.  So it is dollar-for-dollar for what

4    they receive.

5        Q    Who within the organization presently is

6    responsible for making sure that the company's in

7    compliance with wage and hour laws?

8        A    Within the company.  So we went to outside

9    counsel and had the wage and hour verified for our

10    sales reps.

11        Q    When was that?

12        A    We went in 2016 and 2019.

13        Q    Okay.  And what counsel was that?

14        A    So in 2016, it was Colleen Flynn.  She is

15    out of Clearwater, Florida.  And 2019 was Theresa

16    Gallion from Austin, Texas.

17        Q    Okay.  And since -- since 2019, has there

18    been anybody in charge of assuring compliance with

19    Colorado wage and hour laws?

20        A    We just feel that we're in compliance.

21    Nothing changed with the sales reps' pay since 2019,

22    other than in October of 2022, we increased their draw

23    amount and added income.

24            So nothing changed that would negatively

25    affect the sales reps.

Page 46

1          like, the community board of where the Walmart is and

2          all of that.  That's done in the sales office.

3                  And then once their credit is ran, then

4          they would -- if they qualify.  If they don't qualify,

5          we don't take them to see a house that they can't buy.

6                  So if they qualify, that's when they get in

7          the car and go into the community.

8          Q    Now I understand.  So some of the

9          appointments were just in the sales office.  Other

10         sales appointments had various stages, where you're

11         inside and went on a field trip as well?

12         A    Correct.

13         Q    Okay.  Were -- is it the policy or --

14         sorry.  Are the sales reps generally setting up the

15         appointments just for the weekends?

16         A    That's the preference.  I mean, there are

17         the one-offs, when a customer works on the weekend and

18         can't come in on the weekend.  So one-offs, they may

19         come in during the week.

20                 But the goal is to have them scheduled for

21         Saturday and Sunday.  Having an office full of

22         customers builds urgency with the customer.  So that's

23         part of the LGI sales tactic.

24         Q    So much psychology.  You-all really thought

25         through this.

Page  48

```
 1                    Other than the appointments, would there be

 2        any reason for a sales rep to be working outside of

 3        the office?

 4            A     During the week, they may go and tour the

 5        houses that they're going to be selling.  They get a

 6        price list, and they know which homes are available

 7        for sale that weekend.

 8                    So we encourage them to go out, walk

 9        through them, make sure the carpets are vacuumed, and

10        that they're a shiny penny to know what they're

11        selling, whether it's three-bedroom, four-bedroom, any

12        of that.

13                    And then they also could go out and shop

14        the competition, maybe go visit apartment complexes;

15        because we believe that builds faith in getting

16        employees into a home, what -- what they get with a

17        home versus an apartment.

18                    And then they go and they shop the

19        competitors.  They go to DR Horton or one of them and

20        see what we offer versus what -- the neighboring

21        communities, our competition, if you will.

22                    And they go sometimes to the schools, and

23        they visit with the principal and find out about some

24        of the accolades for the local schools and all of

25        that; because we want our sales reps to 100 percent
```

Page 49

1       believe this is the best opportunity for the customer,

2       because that comes across when they're selling to the

3       customer, and we want to be able to answer absolutely

4       every objection that the customer would have.

5                   So they need to be out in the community

6       finding that out.

7           Q    About how many hours a week or month would

8       you say that the sales reps are spending outside the

9       office?

10          A    I don't know.  We don't track it.  And each

11      community would be different.

12          Q    Okay.  Monday through Friday, would the

13      sales reps primarily do their work from the sales

14      office?

15          A    They usually are scheduled to work three

16      days a week during the week and have two days off.

17      And, yes, they would mainly be in the sales office

18      taking phone calls for sales.

19          Q    Okay.  And then on Saturday, Sunday, I'm

20      understanding, I think, that they're -- that

21      appointments tended to be kind of hybrid, as between

22      the sales office and tours.

23                  But on the weekend, would work primarily be

24      at the office as well?

25          A    I think it would depend on how many of

Page 50

1    their customers qualified to see the homes.  But then

2    the majority of the sales process, to my knowledge,

3    happens in the homes; because that's what we're

4    selling to the -- to the customer.

5         Q    Are you aware of instances or did it happen

6    that sales reps worked more than just the three

7    weekdays a week?

8         A    I know outside of the COVID period, because

9    somewhere in the -- April or May of 2020, we closed

10   the sales line, where you could only come in on your

11   scheduled shifts.  And then we opened it back up

12   sometime last year.

13            And other than COVID, the sales reps are --

14   were allowed to come in whenever they wanted.  They

15   could come in on their day off if they wanted to get

16   on the board to be able to take the calls and take the

17   walk-ins.  They did have that ability, yes.

18        Q    Do you have a sense for how frequently that

19   happened?

20        A    I do not.

21        Q    Okay.  During the six and a half years, six

22   years and five months that we're looking at, did LGI

23   have a policy of paying overtime compensation to the

24   sales reps?

25        A    We did not.  We have them at exempt.

Page 51

1        Q      So is your policy to regard all of them as

2     exempt and not pay them overtime compensation?

3        A      Correct.

4        Q      During the six years and five months that

5     we're looking at, was it LGI's policy to provide paid

6     rest periods to the sales reps?

7        A      We did not pay them anything additional

8     outside of their commissions and draw for rest breaks,

9     no.

10       Q      Was it -- was it their policy that they

11    receive rest breaks?

12       A      Yes.

13       Q      Okay.  And how was that policy communicated

14    to the sales reps?

15       A      So one example, it's even in our sales

16    manager manual, when we do Thursday trainings, even

17    listed in the manual the LGI way, is what we call it,

18    they schedule in breaks, just like we do here in this

19    meeting.  We realize that people need to take breaks

20    from meetings to go to the restroom, check their

21    phone, whatever they need to do.

22            And then during the week, when the sales

23    reps are in the office, if they're not the next one up

24    for the next phone call or the next walk-in, they have

25    ample time to take breaks in between their time to

```
 1       have a customer.

 2               And then during the weekend, they may not

 3       have a customer at that time; or if they do, they're

 4       always free to get up from the customer, go take a

 5       break.

 6               When they're in the home and they're

 7       staying in the kitchen and the sales -- the customers

 8       are walking around the house, they could be free to

 9       take a break at that point.

10       Q    Would it -- would it be the -- I hear you

11       saying that there's a sales manager manual that tells

12       managers to -- sales managers to do things that way.

13               Is that correct?

14       A    To take a break during the training, yes,

15       sir.

16       Q    Okay.  Was there a policy requiring sales

17       managers to schedule breaks for people outside of the

18       training period?

19       A    So in our handbook, we reference that

20       Colorado employees get a break.  But I don't believe,

21       to my knowledge, that they're scheduled at a certain

22       period.  We don't stop everything and say, It's 10:20;

23       let's take a ten-minute break.

24       Q    Okay.  So is it your understanding that the

25       sales reps we're talking about, for the six-year
```

Page 53

```
 1                   CERTIFICATE OF DEPOSITION OFFICER

 2        STATE OF COLORADO              )

 3        CITY AND COUNTY OF DENVER      )

 4                    I, Kimberly Smith, a Registered

 5        Professional Reporter and Notary Public within and for

 6        the State of Colorado, commissioned to administer oaths,

 7        do hereby certify that previous to the commencement of

 8        the examination, the witness was duly sworn by me to

 9        testify the truth in relation to matters in controversy

10        between the said parties; that the said deposition was

11        taken in stenotype by me at the time and place aforesaid

12        and was thereafter reduced to typewritten form by me; and

13        that the foregoing is a true and correct transcript of my

14        stenotype notes thereof; that I am not an attorney nor

15        counsel nor in any way connected with any attorney or

16        counsel for any of the parties to said action nor

17        otherwise interested in the outcome of this action.

18                    My commission expires June 21, 2025.

19

20

          KIMBERLY SMITH

21        Registered Professional Reporter

          Notary Public, State of Colorado

22

23

24

25

                                                      Page 96
```