# Exhibit 5

# **<u>FILED AS RESTRICTED LEVEL 1</u>**