# Exhibit 6

```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO


     Civil Action No. 1:23-cv-03088-NYW-KAS


     RIKKI MCALISTER, individually and
     on behalf of all similarly
     situated persons,

                Plaintiff,

     vs.

     LGI HOMES CORPORATE, LLC,

                Defendant.
     _____
              VIDEO DEPOSITION OF RIKKI JO MCALISTER
                         April 26, 2024
     _____
```

Page 1

```
 1              PURSUANT TO WRITTEN NOTICE and the
 2     appropriate rules of civil procedure, the video
 3     deposition of RIKKI JO MCALISTER, called for examination
 4     by the Defendant, was taken at Fisher & Phillips LLP,
 5     1125 17th Street, Suite 2400, Denver, Colorado,
 6     commencing at 9:36 a.m. on April 26, 2024, before
 7     Laurel S. Tubbs, a Registered Professional Reporter,
 8     Registered Merit Reporter, Certified Realtime Reporter,
 9     and Notary Public in and for the State of Colorado.
10                          INDEX
11      EXAMINATION:                                      PAGE
12       By Mr. Knapp                                     6, 223
         By Mr. Harrison                                  211
13
        EXHIBITS:                                         PAGE
14
        Exhibit 20   Offer Letter Dated December 2, 2015     16
15
        Exhibit 21   LGI Homes, Inc. Performance Based Job   125
16                   Description New Home Consultant Dated
                     December 5, 2015
17
        Exhibit 22   LGI Homes, Inc. Performance Based Job   140
18                   Description New Home Consultant Dated
                     January 13, 2019
19
        Exhibit 23   LGI Homes Employee Handbook Issue       146
20                   Date: October 1, 2012
21      Exhibit 24   Bates Stamp LGI HOMES 00800             147
22      Exhibit 25   LGI Homes Employee Handbook Colorado    148
                     Addendum Effective January 2020
23
        Exhibit 26   List of Phone Numbers                   175
24
25

                                                          Page 3
```

```
 1      EXHIBITS (Cont'd):                                              PAGE
 2      Exhibit 27    Appointments from January 1, 2017, to              185
                      December 31, 2017, in All Projects
 3                    for Rikki McAlister
 4      Exhibit 28    Appointments from January 1, 2018, to              193
                      December 31, 2018, in All Projects
 5                    for Rikki McAlister
 6      Exhibit 29    Appointments from January 1, 2019, to              196
                      December 31, 2019, in All Projects
 7                    for Rikki McAlister
 8      Exhibit 30    Appointments from January 1, 2020, to              198
                      December 31, 2020, in All Projects
 9                    for Rikki McAlister
10      Exhibit 31    Appointments from January 1, 2021, to              199
                      December 31, 2021, in All Projects
11                    for Rikki McAlister
12      Exhibit 32    Appointments from January 1, 2022, to              200
                      December 31, 2022, in All Projects
13                    for Rikki McAlister
14      Exhibit 33    Appointments from January 1, 2023, to              207
                      December 31, 2023, in All Projects
15                    for Rikki McAlister
16
17
18
19
20
21
22
23
24
25
```



December 2, 2015

Rikki McAlister
Northglenn, CO 80260

Dear Rikki,

We are pleased to offer you the position of New Home Consultant at Bella Vista.

Start Date: January 4, 2016

Mandatory Training at the Corporate Office in The Woodlands, TX: January 4th – 7th and January 16th – 21st.
 *If you are traveling in from outside of Houston, travel arrangements will be made for you to arrive January 3rd and January 15th.

As a New Home Consultant, your compensation will be comprised of several components:

1. Training pay for your first 100 days totaling $9,890.11 (equivalent to $36,000 a year) paid biweekly
2. After the training pay ends you will transfer to a Recoverable Draw of $1,384.62 per pay period ($9,000.00 per quarter) compared against commissions earned on a quarterly basis. The maximum deficit allowed is $12,000.00. If you exceed the $12,000.00 maximum deficit, you no longer receive the recoverable draw but you will be paid on the first 2 units closed each month. All units closed above the first 2 will reduce your draw deficit. Any bonus will go towards deficit.
3. Commission structure paid on all closed sales within a calendar year.

| Commission % | 2.5% | 2.0% |
|---|---|---|
| Sales Price | $0-$499,900 | $500k+ |

4. Bonus structure paid at each level of units closed within a calendar year.

| Units Closed | Bonus |
|---|---|
| 20 Units | $ 5,000.00 |
| 25 Units | $10,000.00 |
| 30 Units | $15,000.00 |
| 35 Units | $17,500.00 |
| 40 Units | $20,000.00 |
| 45 Units | $22,500.00 |
| 50 Units | $25,000.00 |
| 60 Units | $30,000.00 |

Example: 25 closed units will be paid a total of $15,000.00 in bonuses
 40 closed units will be paid a total of $67,500.00 in bonuses
 60 closed units will be paid a total of $145,000.00 in bonuses

5. Eligible for 2017 Circle of Excellence trip if you close 20 units by December 31, 2016
6. Eligible for $2,000 one week vacation bonus after one full year of employment
7. 50% company-paid medical coverage for you and your family
8. Dollar-for-dollar 401k match up to 3%, with a maximum of $3,000 per year
9. Company-paid life insurance, short-term disability and long-term disability

As a New Home Consultant, you will be required to sign a non-compete and comply with our automobile insurance requirements; please contact Connie Sonier, our Director of Human Resources, at csonier@lgihomes.com if you would like to receive more information on these requirements prior to the training class. In addition, while in Texas for training, you will be required to share a hotel room with another new hire employee of the same gender.

By accepting this offer, you recognize that your employment is at will and this will be your compensation as long as you are employed unless revised by LGI.

Sincerely,                                                      Your Acceptance:

Chris Kelly
Division President                                          Rikki McAlister                                    12-5-15
                                                                                                                                            Date

1450 Lake Robbins Drive Suite 430 The Woodlands, TX 77380                                                 281-362-8998

**CONFIDENTIAL**          EXHIBIT 20 / WIT: McAlister / DATE: 4/26/24 / Laurel S. Tubbs, RPR, RMR, CRR          **LGI HOMES 00806**