# Exhibit 7



# LGI Homes
# 2022 New Home Consultant Compensation Plan

Standard: 20 closed units or $6 million in volume per year (based on calendar year)

| Commission % | 2.5% | 2.0% |
|---|---|---|
| Sales Price | $0-$499,900k | $500k+ and California |

Commission structure paid on all closed sales within a calendar year

| Units | Bonus |
|---|---|
| 20 Units | $ 5,000.00 |
| 25 Units | $10,000.00 |
| 30 Units | $15,000.00 |
| 35 Units | $17,500.00 |
| 40 Units | $20,000.00 |
| 45 Units | $22,500.00 |
| 50 Units | $25,000.00 |
| 60 Units | $30,000.00 |

**Examples**

25 closed units will be paid a total of $15,000.00 in bonuses

40 closed units will be paid a total of $67,500.00 in bonuses

60 closed units will be paid a total of $145,000.00 in bonuses

Printed Name: RIKKI MCALISTER

Signature: RJ McAlister    Date: 12-30-21

LGI HOMES 00828