# Exhibit 8



# Be Prepared

## Physically Prepared

1. Craigslist For Rent
2. Craigslist For Sale
3. Mirror
4. Information Center Address
5. Extension List
6. Apartment Mailer (front & back)
7. Single Family Mailer (front & back)
8. Facebook
9. Training Certificate
10. Lead Card
11. Daily Activity Worksheet
12. Planner
13. Manual
14. Eblast
15. New Home Consultant's Goal


Page | 147
CONFIDENTIAL                                                                                              LGI HOMES 00153