# Exhibit 9

## FILED AS RESTRICTED LEVEL 1