# Exhibit 10



## LGI Homes, Inc.
## Performance Based Job Description
## New Home Consultant

**Reports To: Sales Manager/Project Manager/Selling Sales Manager**
**Prepared By: LGI Homes Executive Team**

**General Duties & Responsibilities:** Report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required. Take incoming phone calls, set appointments or arrange for follow-up meetings. Turn in Daily Reports to Office Manager each day. Perform office closing duties when scheduled. Tour properties with prospects, write sales contracts and deliver to Manager. Maintain contact with customer until closing with Title Company. Within 48 hours after closing, perform quality service follow-up call and ask for referrals. Attend all Quarterly Meetings. Attend Service Impact Day.

### MISSION CRITICAL TASKS:

1. Sell and close 20 Homes or $5 million in volume per year the LGI way.
2. Perform KIT calls in accordance with the sales manual.
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Manager each quarter.
5. Attend and participate in Sales Training each Thursday at 12:00 pm.
6. Attend and participate in Sales Meeting each Saturday at 8:30 am.
7. Participate in goal session with Manager each month.

Printed Name: RIKKI MCALISTER

Signature: [signature]   Date: 12-26-16

**LGI HOMES 00803**