# Exhibit 11

## FILED AS RESTRICTED LEVEL 1