# Exhibit 12



# LGI Homes, Inc.
# Mutual Expectations
# New Home Consultant

- Uphold company core values at all times.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years (registered in the state in which you work).

- Have a cell phone with a local number.

- Obtain Real Estate License prior to graduating from sales training and going online. Real Estate License must be renewed as necessary to maintain active status (applies to Arizona, Florida, North Carolina, South Carolina, and Tennessee).

- Call with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: RIKKI MCALISHR

Signature: R M<sup>c</sup>alister    Date: 12-26-16

**LGI HOMES 00804**



**LGI Homes, Inc.
Mutual Expectations
New Home Consultant**

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have o cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Arizona, California, Florida, Minnesoto, Nevada, North Carolina, Oregon, South Carolina, and Tennessee).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: RIKKI MCALISTER

Signature: RG McAlister        Date: 12-27-17

**LGI HOMES 00815**



**LGI Homes, Inc.
Mutual Expectations
New Home Consultant**

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have a cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Alabama, Arizona, California, Florida, Minnesota, Nevada, Oregon, South Carolina, Tennessee, and West Virginia).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: RIKKI MCALISTER

Signature: RJmcAlister    Date: 1.13.19

**LGI HOMES 00819**



**LGI Homes, Inc.
Mutual Expectations
New Home Consultant**

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have a cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Alabama, Arizona, California, Florida, Minnesota, Nevada, Oregon, South Carolina, Tennessee, and West Virginia).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: RIKKI MCALISTER

Signature: RQmcAlister     Date: 1-9-2020

**LGI HOMES 00822**



## LGI Homes, Inc.
## Mutual Expectations
## New Home Consultant

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have a cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Alabama, Arizona, California, Florida, Minnesota, Nevada, Oregon, South Carolina, Tennessee, West Virginia, and Pennsylvania).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: RIKKI MCALISTER

Signature: K[illegible]    Date: [illegible]

**LGI HOMES 00825**



**LGI Homes, Inc.**
**Mutual Expectations**
**New Home Consultant**

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have a cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Alabama, Arizona, California, Florida, Minnesota, Nevada, Oregon, South Carolina, Tennessee, West Virginia, and Pennsylvania).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.

Printed Name: Rikki McAlister

Signature: RJ McAlister   Date: 10·21·21

**LGI HOMES 00827**



**LGI Homes, Inc.**
**Mutual Expectations**
**New Home Consultant**

- Uphold company core values.

- Accomplish all mission critical tasks, general duties and responsibilities.

- Be supportive of LGI personnel.

- Keep sales office clean and orderly.

- Sell homes the LGI way.

- Have a four door vehicle in good condition no older than 5 years. Vehicle must be registered in the state in which you work.

- Have a cell phone with a local number.

- Maintain a valid and active real estate license for applicable state (applies to Alabama, Arizona, California, Florida, Minnesota, Nevada, Oregon, South Carolina, Tennessee, West Virginia, and Pennsylvania).

- Call or email with any questions, comments, or concerns. Respond within 24 hours.


Printed Name: RIKKI MCALISTER

Signature: RJmcalister                Date: 3-3-22


**LGI HOMES 00830**