# Exhibit 13

| Week of Date | Tours |
|---|---|
| 2/8/2016 | 4 |
| 2/15/2016 | 4 |
| 2/22/2016 | 1 |
| 2/29/2016 | 0 |
| 3/7/2016 | 3 |
| 3/14/2016 | 3 |
| 3/21/2016 | 2 |
| 3/28/2016 | 5 |
| 4/4/2016 | 4 |
| 4/11/2016 | 2 |
| 4/18/2016 | 4 |
| 4/25/2016 | 4 |
| 5/2/2016 | 4 |
| 5/9/2016 | 2 |
| 5/16/2016 | 3 |
| 5/23/2016 | 2 |
| 5/30/2016 | 2 |
| 6/6/2016 | 2 |
| 6/13/2016 | 3 |
| 6/20/2016 | 1 |
| 6/27/2016 | 1 |
| 7/4/2016 | 1 |
| 7/11/2016 | 0 |
| 7/18/2016 | 1 |
| 7/25/2016 | 1 |
| 8/1/2016 | 1 |
| 8/8/2016 | 0 |
| 8/15/2016 | 5 |
| 8/22/2016 | 0 |
| 8/29/2016 | 0 |
| 9/5/2016 | 0 |
| 9/12/2016 | 0 |
| 9/19/2016 | 0 |
| 9/26/2016 | 0 |
| 10/3/2016 | 0 |
| 10/10/2016 | 0 |
| 10/17/2016 | 0 |
| 10/24/2016 | 5 |
| 10/31/2016 | 1 |
| 11/7/2016 | 3 |
| 11/14/2016 | 1 |
| 11/21/2016 | 2 |
| 11/28/2016 | 1 |
| 12/5/2016 | 0 |
| 12/12/2016 | 1 |
| 12/19/2016 | 1 |

**CONFIDENTIAL**                    **LGI HOMES 01066**

| Week of Date | Tours |
|---|---|
| 12/26/2016 | 1 |
| 1/2/2017 | 2 |
| 1/9/2017 | 0 |
| 1/16/2017 | 1 |
| 1/23/2017 | 4 |
| 1/30/2017 | 4 |
| 2/6/2017 | 2 |
| 2/13/2017 | 1 |
| 2/20/2017 | 2 |
| 2/27/2017 | 2 |
| 3/6/2017 | 2 |
| 3/13/2017 | 2 |
| 3/20/2017 | 3 |
| 3/27/2017 | 1 |
| 4/3/2017 | 1 |
| 4/10/2017 | 2 |
| 4/17/2017 | 5 |
| 4/24/2017 | 4 |
| 5/1/2017 | 3 |
| 5/8/2017 | 0 |
| 5/15/2017 | 5 |
| 5/22/2017 | 1 |
| 5/29/2017 | 4 |
| 6/5/2017 | 1 |
| 6/12/2017 | 4 |
| 6/19/2017 | 5 |
| 6/26/2017 | 3 |
| 7/3/2017 | 1 |
| 7/10/2017 | 2 |
| 7/17/2017 | 4 |
| 7/24/2017 | 3 |
| 7/31/2017 | 4 |
| 8/7/2017 | 3 |
| 8/14/2017 | 5 |
| 8/21/2017 | 5 |
| 8/28/2017 | 0 |
| 9/4/2017 | 6 |
| 9/11/2017 | 2 |
| 9/18/2017 | 3 |
| 9/25/2017 | 3 |
| 10/2/2017 | 6 |
| 10/9/2017 | 3 |
| 10/16/2017 | 2 |
| 10/23/2017 | 1 |
| 10/30/2017 | 4 |
| 11/6/2017 | 3 |

**CONFIDENTIAL**                                                                 **LGI HOMES 01067**

| Week of Date | Tours |
|---|---|
| 11/13/2017 | 6 |
| 11/20/2017 | 1 |
| 11/27/2017 | 3 |
| 12/4/2017 | 6 |
| 12/11/2017 | 6 |
| 12/18/2017 | 1 |
| 12/25/2017 | 1 |
| 1/1/2018 | 2 |
| 1/8/2018 | 6 |
| 1/15/2018 | 4 |
| 1/22/2018 | 5 |
| 1/29/2018 | 1 |
| 2/5/2018 | 3 |
| 2/12/2018 | 9 |
| 2/19/2018 | 4 |
| 2/26/2018 | 5 |
| 3/5/2018 | 5 |
| 3/12/2018 | 8 |
| 3/19/2018 | 7 |
| 3/26/2018 | 3 |
| 4/2/2018 | 2 |
| 4/9/2018 | 4 |
| 4/16/2018 | 6 |
| 4/23/2018 | 0 |
| 4/30/2018 | 0 |
| 5/7/2018 | 0 |
| 5/14/2018 | 5 |
| 5/21/2018 | 5 |
| 5/28/2018 | 5 |
| 6/4/2018 | 6 |
| 6/11/2018 | 2 |
| 6/18/2018 | 3 |
| 6/25/2018 | 5 |
| 7/2/2018 | 3 |
| 7/9/2018 | 4 |
| 7/16/2018 | 2 |
| 7/23/2018 | 1 |
| 7/30/2018 | 3 |
| 8/6/2018 | 1 |
| 8/13/2018 | 4 |
| 8/20/2018 | 3 |
| 8/27/2018 | 0 |
| 9/3/2018 | 4 |
| 9/10/2018 | 2 |
| 9/17/2018 | 3 |
| 9/24/2018 | 2 |

**CONFIDENTIAL**

| Week of Date | Tours |
|---|---|
| 10/1/2018 | 2 |
| 10/8/2018 | 2 |
| 10/15/2018 | 1 |
| 10/22/2018 | 0 |
| 10/29/2018 | 3 |
| 11/5/2018 | 6 |
| 11/12/2018 | 2 |
| 11/19/2018 | 2 |
| 11/26/2018 | 2 |
| 12/3/2018 | 1 |
| 12/10/2018 | 3 |
| 12/17/2018 | 0 |
| 12/24/2018 | 7 |
| 12/31/2018 | 4 |
| 1/7/2019 | 4 |
| 1/14/2019 | 2 |
| 1/21/2019 | 7 |
| 1/28/2019 | 2 |
| 2/4/2019 | 6 |
| 2/11/2019 | 4 |
| 2/18/2019 | 4 |
| 2/25/2019 | 1 |
| 3/4/2019 | 5 |
| 3/11/2019 | 6 |
| 3/18/2019 | 1 |
| 3/25/2019 | 8 |
| 4/1/2019 | 9 |
| 4/8/2019 | 3 |
| 4/15/2019 | 5 |
| 4/22/2019 | 2 |
| 4/29/2019 | 1 |
| 5/6/2019 | 0 |
| 5/13/2019 | 0 |
| 5/20/2019 | 0 |
| 5/27/2019 | 0 |
| 6/3/2019 | 0 |
| 6/10/2019 | 11 |
| 6/17/2019 | 3 |
| 6/24/2019 | 4 |
| 7/1/2019 | 0 |
| 7/8/2019 | 6 |
| 7/15/2019 | 2 |
| 7/22/2019 | 7 |
| 7/29/2019 | 7 |
| 8/5/2019 | 6 |
| 8/12/2019 | 2 |

**CONFIDENTIAL**

| Week of Date | Tours |
|---|---|
| 8/19/2019 | 2 |
| 8/26/2019 | 2 |
| 9/2/2019 | 5 |
| 9/9/2019 | 4 |
| 9/16/2019 | 1 |
| 9/23/2019 | 1 |
| 9/30/2019 | 0 |
| 10/7/2019 | 0 |
| 10/14/2019 | 1 |
| 10/21/2019 | 0 |
| 10/28/2019 | 0 |
| 11/4/2019 | 0 |
| 11/11/2019 | 0 |
| 11/18/2019 | 0 |
| 11/25/2019 | 0 |
| 12/2/2019 | 0 |
| 12/9/2019 | 1 |
| 12/16/2019 | 10 |
| 12/23/2019 | 3 |
| 12/30/2019 | 4 |
| 1/6/2020 | 3 |
| 1/13/2020 | 4 |
| 1/20/2020 | 3 |
| 1/27/2020 | 12 |
| 2/3/2020 | 0 |
| 2/10/2020 | 0 |
| 2/17/2020 | 2 |
| 2/24/2020 | 0 |
| 3/2/2020 | 1 |
| 3/9/2020 | 0 |
| 3/16/2020 | 0 |
| 3/23/2020 | 0 |
| 3/30/2020 | 11 |
| 4/6/2020 | 2 |
| 4/13/2020 | 1 |
| 4/20/2020 | 1 |
| 4/27/2020 | 3 |
| 5/4/2020 | 2 |
| 5/11/2020 | 2 |
| 5/18/2020 | 2 |
| 5/25/2020 | 1 |
| 6/1/2020 | 0 |
| 6/8/2020 | 3 |
| 6/15/2020 | 3 |
| 6/22/2020 | 6 |
| 6/29/2020 | 3 |

**CONFIDENTIAL**

**LGI HOMES 01070**

| Week of Date | Tours |
|---|---|
| 7/6/2020 | 4 |
| 7/13/2020 | 1 |
| 7/20/2020 | 4 |
| 7/27/2020 | 2 |
| 8/3/2020 | 4 |
| 8/10/2020 | 3 |
| 8/17/2020 | 3 |
| 8/24/2020 | 2 |
| 8/31/2020 | 1 |
| 9/7/2020 | 0 |
| 9/14/2020 | 8 |
| 9/21/2020 | 6 |
| 9/28/2020 | 3 |
| 10/5/2020 | 1 |
| 10/12/2020 | 2 |
| 10/19/2020 | 2 |
| 10/26/2020 | 5 |
| 11/2/2020 | 4 |
| 11/9/2020 | 6 |
| 11/16/2020 | 8 |
| 11/23/2020 | 4 |
| 11/30/2020 | 3 |
| 12/7/2020 | 12 |
| 12/14/2020 | 5 |
| 12/21/2020 | 1 |
| 12/28/2020 | 3 |
| 1/4/2021 | 13 |
| 1/11/2021 | 4 |
| 1/18/2021 | 8 |
| 1/25/2021 | 12 |
| 2/1/2021 | 1 |
| 2/8/2021 | 0 |
| 2/15/2021 | 15 |
| 2/22/2021 | 4 |
| 3/1/2021 | 11 |
| 3/8/2021 | 4 |
| 3/15/2021 | 7 |
| 3/22/2021 | 9 |
| 3/29/2021 | 9 |
| 4/5/2021 | 5 |
| 4/12/2021 | 4 |
| 4/19/2021 | 4 |
| 4/26/2021 | 5 |
| 5/3/2021 | 4 |
| 5/10/2021 | 2 |
| 5/17/2021 | 1 |

**CONFIDENTIAL**

**LGI HOMES 01071**

| Week of Date | Tours |
|---|---|
| 5/24/2021 | 0 |
| 5/31/2021 | 1 |
| 6/7/2021 | 0 |
| 6/14/2021 | 1 |
| 6/21/2021 | 0 |
| 6/28/2021 | 0 |
| 7/5/2021 | 0 |
| 7/12/2021 | 0 |
| 7/19/2021 | 0 |
| 7/26/2021 | 1 |
| 8/2/2021 | 0 |
| 8/9/2021 | 1 |
| 8/16/2021 | 0 |
| 8/23/2021 | 0 |
| 8/30/2021 | 0 |
| 9/6/2021 | 1 |
| 9/13/2021 | 1 |
| 9/20/2021 | 8 |
| 9/27/2021 | 0 |
| 10/4/2021 | 2 |
| 10/11/2021 | 3 |
| 10/18/2021 | 1 |
| 10/25/2021 | 2 |
| 11/1/2021 | 3 |
| 11/8/2021 | 2 |
| 11/15/2021 | 4 |
| 11/22/2021 | 0 |
| 11/29/2021 | 1 |
| 12/6/2021 | 1 |
| 12/13/2021 | 0 |
| 12/20/2021 | 0 |
| 12/27/2021 | 1 |
| 1/3/2022 | 1 |
| 1/10/2022 | 0 |
| 1/17/2022 | 0 |
| 1/24/2022 | 0 |
| 1/31/2022 | 0 |
| 2/7/2022 | 1 |
| 2/14/2022 | 0 |
| 2/21/2022 | 0 |
| 2/28/2022 | 0 |
| 3/7/2022 | 0 |
| 3/14/2022 | 0 |
| 3/21/2022 | 0 |
| 3/28/2022 | 0 |
| 4/4/2022 | 0 |

**CONFIDENTIAL**

**LGI HOMES 01072**

| Week of Date | Tours |
|---|---|
| 4/11/2022 | 0 |
| 4/18/2022 | 0 |
| 4/25/2022 | 0 |
| 5/2/2022 | 0 |
| 5/9/2022 | 0 |
| 5/16/2022 | 0 |
| 5/23/2022 | 0 |
| 5/30/2022 | 0 |
| 6/6/2022 | 0 |
| 6/13/2022 | 0 |
| 6/20/2022 | 0 |
| 6/27/2022 | 0 |
| 7/4/2022 | 1 |
| 7/11/2022 | 1 |
| 7/18/2022 | 0 |
| 7/25/2022 | 1 |
| 8/1/2022 | 0 |
| 8/8/2022 | 0 |
| 8/15/2022 | 0 |
| 8/22/2022 | 0 |
| 8/29/2022 | 0 |
| 9/5/2022 | 0 |
| 9/12/2022 | 0 |
| 9/19/2022 | 1 |
| 9/26/2022 | 0 |
| 10/3/2022 | 0 |
| 10/10/2022 | 0 |
| 10/17/2022 | 0 |
| 10/24/2022 | 0 |
| 10/31/2022 | 1 |
| 11/7/2022 | 0 |
| 11/14/2022 | 0 |
| 11/21/2022 | 0 |
| 11/28/2022 | 0 |
| 12/5/2022 | 0 |
| 12/12/2022 | 2 |
| 12/19/2022 | 0 |
| 12/26/2022 | 0 |
| 1/2/2023 | 0 |
| 1/9/2023 | 1 |
| 1/16/2023 | 2 |
| 1/23/2023 | 0 |
| 1/30/2023 | 2 |
| Grand Total | 885 |

**CONFIDENTIAL**                    **LGI HOMES 01073**