# Exhibit 14



# Employee Handbook

## Employee Acknowledgement Form

This employee handbook has been prepared for your information and understanding of the policies, philosophies and practices and benefits of LGI HOMES CORPORATE, LLC. **PLEASE READ IT CAREFULLY**.

I have received a copy of the LGI HOMES CORPORATE, LLC Employee Handbook, which outlines the goals, policies, benefits and expectations of LGI HOMES CORPORATE, LLC, as well as my responsibilities as an employee.

By my signature below, I acknowledge, accept and agree to comply with the information contained in the Employee Handbook provided to me by LGI HOMES CORPORATE, LLC. I understand this handbook is not intended to cover every situation which may arise during my employment, but is simply a general guide to the goals, policies, practices, benefits and expectations of LGI HOMES CORPORATE, LLC.

I understand that the LGI HOMES CORPORATE, LLC Employee Handbook is not a contract of employment and should not be deemed as such, and that I am an employee at-will. I also understand that this agreement supersedes any prior agreements or contracts.

By signing below, I accept these terms as a condition of continued employment.

*RIKKI MCALISTER*
Print Employee Name

*R. McAlister*    1-4-16
Employee Signature            Date

*1450 Lake Robbins Dr. Suite 430 The Woodlands, TX 77380 • (281)362-8998 fax: (281)362-8892*

**LGI HOMES 00807**