# Exhibit 15

| ackDate | ackPeriod | pName | EmployeeID | userName | userEmail | fname | lname | userTitle | userProject | lastLogin |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017-05-11 11:35:37 | 2017 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2018-01-26 16:20:32 | 2018 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2019-02-02 09:39:20 | 2019 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2020-01-14 17:03:34 | 2020 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2021-01-04 18:29:14 | 2021 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2022-01-27 10:31:43 | 2022 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |
| 2023-01-17 14:39:34 | 2023 | Employee Handbook | D01251 | rikki.mcalister | rikki.mcalister@lgihomes.com | Rikki | McAlister | Sales Master | Second Creek Farm | 2023-01-17 14:39:03 |

**LGI HOMES 00800**