# Exhibit 16

| Financial Period | Pay Date | Class | Employee | Qtr Draw | Commison Accrued | Commission Paid | (Company Code from PTS) Pivot | (Project Code for Exponent Allocation | PTS/ Other Description | Closed | Draw Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 198494.95 | 81247.5 | 46355.18 | Balance Prior to 2022 | HOMBLV | Balance Prior to 2022 | Balance Prior to 2022 | 14340.74 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 504195 | 458065 | Balance Prior to 2022 | HOMCHE | Balance Prior to 2022 | Balance Prior to 2022 | 59538.66 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 138397.5 | 103527.5 | Balance Prior to 2022 | HOMSIP | Balance Prior to 2022 | Balance Prior to 2022 | 37384.74 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 10447.5 | 10447.5 | Balance Prior to 2022 | HOMSHR | Balance Prior to 2022 | Balance Prior to 2022 | 0 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 231321.25 | 202718.62 | Balance Prior to 2022 | HOMBV4 | Balance Prior to 2022 | Balance Prior to 2022 | 23953.92 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 256438.75 | 234187.5 | Balance Prior to 2022 | HOMLCC | Balance Prior to 2022 | Balance Prior to 2022 | 19384.68 |
| Balance Prior to 2022 | Balance Prior to 2022 | TERM | zzMCALISTER, RIKKI | 0 | 482405.25 | 399481 | Balance Prior to 2022 | HOMSCF | Balance Prior to 2022 | Balance Prior to 2022 | 42923.22 |
| 44592 | 44568 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44592 | 44568 | TERM | zzMCALISTER, RIKKI |  |  | 12372.5 | 0 | HOMSCF | SCF 1-5-1 Lainez |  |  |
| 44592 | 44568 | TERM | zzMCALISTER, RIKKI |  |  | 11758 | 0 | HOMSCF | SCF 1-5-16 Bhattarai |  |  |
| 44592 | 44568 | TERM | zzMCALISTER, RIKKI |  |  | 11898 | 0 | HOMSCF | SCF 1-5-2 Yauwana |  |  |
| 44592 | 44568 | TERM | zzMCALISTER, RIKKI |  |  | 10118 | 0 | HOMSCF | Mildenberger |  |  |
| 44592 | 44582 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44592 | 44582 | TERM | zzMCALISTER, RIKKI |  |  | 5029 | 0 | HOMSCF | SCF 1-6-20 Freidel |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 11118 |  | 0 | HOMSCF | SCF 1-5-13 Jefferson |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 5579 |  | 0 | HOMSCF | SCF 1-5-26 Rascon |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 5936.25 |  | 0 | HOMSCF | SCF 1-5-7 Cherry |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 11258 |  | 0 | HOMSCF | SCF 1-5-8 Chettry |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 11758 |  | 0 | HOMSCF | SCF 1-5-9 Vigil |  |  |
| 44620 | 44596 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44620 | 44596 | TERM | zzMCALISTER, RIKKI |  |  | 11118 | 0 | HOMSCF | SCF 1-5-13 Jefferson |  |  |
| 44620 | 44596 | TERM | zzMCALISTER, RIKKI |  |  | 5936.25 | 0 | HOMSCF | SCF 1-5-7 Cherry |  |  |
| 44620 | 44596 | TERM | zzMCALISTER, RIKKI |  |  | 11758 | 0 | HOMSCF | SCF 1-5-9 Vigil |  |  |
| 44620 | 44596 | TERM | zzMCALISTER, RIKKI |  |  | 7837 | 0 | HOMSCF | commission less draw |  |  |
| 44592 |  | TERM | zzMCALISTER, RIKKI |  | 5439 |  | 0 | HOMSCF | Washington |  |  |
| 44620 | 44610 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44620 | 44610 | TERM | zzMCALISTER, RIKKI |  |  | 5439 | 0 | HOMSCF | Washington |  |  |
| 44651 | 44624 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44651 | 44638 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44651 | 44652 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44651 |  | TERM | zzMCALISTER, RIKKI | 9000 |  |  | 0 | HOMBLV | Draw 1st Qtr 2022 |  |  |
| 44681 | 44665 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1384.62 |
| 44681 | 44680 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44712 | 44694 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44712 | 44708 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44742 | 44722 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44712 |  | TERM | zzMCALISTER, RIKKI |  | 11098 |  | 0 | HOMSCF | SCF 1-5-14 Fosu |  |  |
| 44742 | 44736 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44742 | 44736 | TERM | zzMCALISTER, RIKKI |  |  | 2098 | 0 | HOMSCF | less draw |  |  |
| 44773 | 44750 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44742 |  | TERM | zzMCALISTER, RIKKI | 9000 |  |  | 0 | HOMBLV | Draw 2nd Qtr 2022 |  |  |
| 44773 | 44764 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44804 | 44778 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44804 | 44792 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44804 | 44806 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44834 | 44820 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44834 | 44834 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44834 |  | TERM | zzMCALISTER, RIKKI | 9000 |  |  | 0 | HOMBLV | Draw 3rd Qtr 2022 |  |  |
| 44865 | 44848 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1384.62 |
| 44865 | 44862 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 2076.93 |
| 44895 | 44875 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMBEF | Draw |  | 1846.16 |
| 44895 | 44888 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1846.16 |
| 44926 | 44904 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1846.16 |
| 44926 | 44918 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1846.16 |
| 44957 | 44932 | TERM | zzMCALISTER, RIKKI |  |  |  | 0 | HOMSCF | Draw |  | 1846.16 |
| 44926 |  | TERM | zzMCALISTER, RIKKI | 12000 |  |  | 0 | HOMBLV | Draw 4th Qtr 2022 |  |  |

| Financial Period | Pay Date | Class | Employee | Qtr Draw | Commison Accrued | Commission Paid | (Company Code from PTS) Pivot | (Project Code for Exponent Allocation | PTS/ Other Description | Closed | Draw Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44957 | 44946 | TERM | zzMCALISTER, RIKKI | | | | 0 | HOMSCF | Draw | | 1846.16 |
| 44985 | 44960 | TERM | zzMCALISTER, RIKKI | | | | 0 | HOMSCF | Draw | | 1846.16 |
| 44957 | | TERM | zzMCALISTER, RIKKI | | 11038 | | 0 | HOMSCF | SCF 2-2-1 Villescas | | |
| 44985 | 44974 | TERM | zzMCALISTER, RIKKI | | | | 0 | HOMSCF | Draw | | 1661.58 |
| 44985 | | TERM | zzMCALISTER, RIKKI | | 5519 | | 0 | HOMSCF | SCF 2-2-6 Bustillos | | |
| 45016 | | TERM | zzMCALISTER, RIKKI | 5769.66 | | | 0 | HOMBLV | Draw 1st Qtr 2023 | | |
| | | | | 243264.61 | 1783196 | 1550144.05 | | | | | 243264.61 |

| Draw Balance | -10213 |
|---|---|

| | From Check Stubs: | | | From Check Stubs: |
|---|---|---|---|---|
| 2016 | 31937.687 | | 2016 | 25417.7 |
| 2017 | 167178.75 | | 2017 | 36000.12 |
| 2018 | 369448.75 | | 2018 | 36000.12 |
| 2019 | 137441.22 | | 2019 | 28107.78 |
| 2020 | 311482.4 | | 2020 | 36000.12 |
| 2021 | 437293.5 | | 2021 | 36000.12 |
| 2022 | 95361.75 | | 2022 | 38538.59 |
| 2023 | 0 | | 2023 | 7200.06 |
| | 1550144.057 | | | 243264.61 |

**LGI HOMES 01047**