# Exhibit 17

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $67,423.59 | $0.00 | $178.10 | $4,908.58 | $0.00 | $9,565.01 | $3,875.93 | $906.47 | $2,789.00 |
| | | | | | | | $67,423.59 | $0.00 | $178.10 | $4,908.58 | $0.00 | $9,565.01 | $3,875.93 | $906.47 | $2,789.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COMMISSION | PAY DRAW | PAY TRAINING PAY | PAY TXBL: LTD | PAY TXBL: STD | DEDUCTIONS DENTAL | DEDUCTIONS MEDICAL | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $17,136.41 | $45,200.50 | $0.00 | $3,626.45 | $5,092.80 | $31,937.68 | $25,417.70 | $9,890.11 | $82.24 | $95.86 | $615.81 | $4,252.81 | $39.96 | $2,789.00 | $9,565.01 | $906.47 | $3,875.93 |
| $0.00 | $0.00 | $17,136.41 | $45,200.50 | $0.00 | $3,626.45 | $5,092.80 | $31,937.68 | $25,417.70 | $9,890.11 | $82.24 | $95.86 | $615.81 | $4,252.81 | $39.96 | $2,789.00 | $9,565.01 | $906.47 | $3,875.93 |

2016

| ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|---|---|---|---|---|---|---|
| $132.32 | $24.86 | $82.24 | $3,251.21 | $95.86 | $39.96 | $268.40 | $42.00 | $906.47 | $3,875.93 |
| $132.32 | $24.86 | $82.24 | $3,251.21 | $95.86 | $39.96 | $268.40 | $42.00 | $906.47 | $3,875.93 |

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deduc | Total Earned Incom | Total Federal Incom | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes | Total State DI/UI Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $205,652.04 | $0.00 | $473.17 | $13,854.80 | $0.00 | $46,702.08 | $7,886.40 | $2,873.10 | $8,849.00 | $0.00 |
| | | | | | | | $205,652.04 | $0.00 | $473.17 | $13,854.80 | $0.00 | $46,702.08 | $7,886.40 | $2,873.10 | $8,849.00 | $0.00 |

| Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COMMISSION | PAY DRAW | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | DEDUCTIONS 401(K) | DEDUCTIONS DENTAL | DEDUCTIONS ESPP | DEDUCTIONS MEDICAL | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $66,310.58 | $125,013.49 | $0.00 | $10,652.65 | $11,340.25 | $167,178.75 | $36,000.12 | $231.37 | $241.80 | $2,000.00 | $4,718.17 | $868.32 | $1,629.11 | $6,523.76 | $115.44 | $8,849.00 | $46,702.08 | $2,873.10 |
| $0.00 | $66,310.58 | $125,013.49 | $0.00 | $10,652.65 | $11,340.25 | $167,178.75 | $36,000.12 | $231.37 | $241.80 | $2,000.00 | $4,718.17 | $868.32 | $1,629.11 | $6,523.76 | $115.44 | $8,849.00 | $46,702.08 | $2,873.10 |

| EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $7,886.40 | $4,718.17 | $195.57 | $32.89 | $231.37 | $5,117.41 | $241.80 | $115.44 | $538.75 | $42.00 | $2,873.10 | $7,886.40 |
| $7,886.40 | $4,718.17 | $195.57 | $32.89 | $231.37 | $5,117.41 | $241.80 | $115.44 | $538.75 | $42.00 | $2,873.10 | $7,886.40 |

3

2017

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $461,381.24 | $0.00 | $1,432.37 | $40,668.01 | $0.00 | $112,278.02 | $7,960.80 | $8,879.10 | $19,797.00 |
| | | | | | | | $461,381.24 | $0.00 | $1,432.37 | $40,668.01 | $0.00 | $112,278.02 | $7,960.80 | $8,879.10 | $19,797.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COE GUEST | PAY COMMISSION | PAY DRAW | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | PAY VOLUME BONUS | DEDUCTIONS 401(K) | DEDUCTIONS 401K CATCHUP | DEDUCTIONS DENTAL | DEDUCTIONS ESPP | DEDUCTIONS MEDICAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $148,914.92 | $270,365.94 | $0.00 | $16,423.28 | $14,710.47 | $811.49 | $369,448.75 | $36,000.12 | $332.80 | $288.08 | $2,000.00 | $52,500.00 | $18,500.00 | $6,000.00 | $837.15 | $9,198.94 | $6,010.49 |
| $0.00 | $0.00 | $148,914.92 | $270,365.94 | $0.00 | $16,423.28 | $14,710.47 | $811.49 | $369,448.75 | $36,000.12 | $332.80 | $288.08 | $2,000.00 | $52,500.00 | $18,500.00 | $6,000.00 | $837.15 | $9,198.94 | $6,010.49 |

2018

| DEDUCTIONS SUPP LIFE | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $17.82 | $103.61 | $19,797.00 | $112,278.02 | $8,879.10 | $7,960.80 | $11,000.00 | $182.47 | $39.52 | $332.80 | $4,476.73 | $288.08 | $103.68 | $118.44 | $42.00 | $6,589.23 |
| $17.82 | $103.61 | $19,797.00 | $112,278.02 | $8,879.10 | $7,960.80 | $11,000.00 | $182.47 | $39.52 | $332.80 | $4,476.73 | $288.08 | $103.68 | $118.44 | $42.00 | $6,589.23 |

3

ER TAXES
SOC SEC ER
$7,960.80
$7,960.80

2018

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $175,817.89 | $0.00 | $2,303.26 | $25,744.03 | $0.00 | $30,955.09 | $8,239.80 | $2,484.31 | $6,981.00 |
| | | | | | | | $175,817.89 | $0.00 | $2,303.26 | $25,744.03 | $0.00 | $30,955.09 | $8,239.80 | $2,484.31 | $6,981.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COE GUEST | PAY COMMISSION | PAY DRAW | PAY ESPPSOLD | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | DEDUCTIONS 401(K) | DEDUCTIONS DENTAL | DEDUCTIONS ESPP | DEDUCTIONS MEDICAL | DEDUCTIONS SUPP LIFE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $48,660.20 | $99,110.40 | $0.00 | $10,483.71 | $10,959.99 | $1,654.00 | $137,441.22 | $28,107.78 | $1,965.63 | $361.18 | $288.08 | $6,000.00 | $17,154.88 | $614.38 | $4,052.80 | $3,800.61 | $49.86 |
| $0.00 | $0.00 | $48,660.20 | $99,110.40 | $0.00 | $10,483.71 | $10,959.99 | $1,654.00 | $137,441.22 | $28,107.78 | $1,965.63 | $361.18 | $288.08 | $6,000.00 | $17,154.88 | $614.38 | $4,052.80 | $3,800.61 | $49.86 |

| DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $71.50 | $6,981.00 | $30,955.09 | $2,484.31 | $8,239.80 | $6,861.96 | $126.88 | $44.29 | $361.18 | $2,729.56 | $288.08 | $71.76 | $193.88 | $42.00 | $2,484.31 | $8,239.80 |
| $71.50 | $6,981.00 | $30,955.09 | $2,484.31 | $8,239.80 | $6,861.96 | $126.88 | $44.29 | $361.18 | $2,729.56 | $288.08 | $71.76 | $193.88 | $42.00 | $2,484.31 | $8,239.80 |

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $419,662.74 | $0.00 | $680.22 | $44,983.21 | $0.00 | $103,102.07 | $8,537.40 | $7,952.65 | $17,819.00 |
| | | | | | | | $419,662.74 | $0.00 | $680.22 | $44,983.21 | $0.00 | $103,102.07 | $8,537.40 | $7,952.65 | $17,819.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COMMISSION | PAY DRAW | PAY FRONTLINE | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | PAY VOLUME BONUS | DEDUCTIONS 401(K) | DEDUCTIONS 401K CATCHUP | DEDUCTIONS DENTAL | DEDUCTIONS ESPP | DEDUCTIONS MEDICAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $137,411.12 | $236,588.19 | $0.00 | $15,247.03 | $14,780.59 | $311,482.40 | $36,000.12 | $2,000.00 | $392.14 | $288.08 | $2,000.00 | $67,500.00 | $19,500.00 | $6,500.00 | $618.70 | $14,239.42 | $3,966.11 |
| $0.00 | $0.00 | $137,411.12 | $236,588.19 | $0.00 | $15,247.03 | $14,780.59 | $311,482.40 | $36,000.12 | $2,000.00 | $392.14 | $288.08 | $2,000.00 | $67,500.00 | $19,500.00 | $6,500.00 | $618.70 | $14,239.42 | $3,966.11 |

2020

| DEDUCTIONS SUPP LIFE | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $87.48 | $71.50 | $17,819.00 | $103,102.07 | $7,952.65 | $8,537.40 | $11,400.00 | $127.78 | $53.30 | $392.14 | $2,913.97 | $288.08 | $71.76 | $183.60 | $42.00 | $6,017.59 |
| $87.48 | $71.50 | $17,819.00 | $103,102.07 | $7,952.65 | $8,537.40 | $11,400.00 | $127.78 | $53.30 | $392.14 | $2,913.97 | $288.08 | $71.76 | $183.60 | $42.00 | $6,017.59 |

2020

ER TAXES
SOC SEC ER
$8,537.40
$8,537.40

2020

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $551,105.50 | $0.00 | $1,811.88 | $55,550.92 | $0.00 | $141,060.35 | $8,853.60 | $11,038.36 |
| | | | | | | | $551,105.50 | $0.00 | $1,811.88 | $55,550.92 | $0.00 | $141,060.35 | $8,853.60 | $11,038.36 |

2021

| Total State Income Taxes | Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY COE GUEST | PAY COMMISSION | PAY DRAW | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | PAY VOLUME BONUS | DEDUCTIONS 401(K) | DEDUCTIONS 401K CATCHUP | DEDUCTIONS DENTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $23,561.00 | $0.00 | $0.00 | $184,513.31 | $309,229.39 | $0.00 | $15,762.22 | $17,212.90 | $1,042.20 | $437,293.50 | $36,000.12 | $448.39 | $321.29 | $6,000.00 | $70,000.00 | $19,500.00 | $6,500.00 | $626.86 |
| $23,561.00 | $0.00 | $0.00 | $184,513.31 | $309,229.39 | $0.00 | $15,762.22 | $17,212.90 | $1,042.20 | $437,293.50 | $36,000.12 | $448.39 | $321.29 | $6,000.00 | $70,000.00 | $19,500.00 | $6,500.00 | $626.86 |

2021

| DEDUCTIONS ESPP | DEDUCTIONS MEDICAL | DEDUCTIONS SUPP LIFE | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $24,556.19 | $4,093.44 | $202.21 | $72.22 | $23,561.00 | $141,060.35 | $11,038.36 | $8,853.60 | $11,600.00 | $129.48 | $61.22 | $448.39 | $3,129.36 | $321.29 | $72.48 |
| $24,556.19 | $4,093.44 | $202.21 | $72.22 | $23,561.00 | $141,060.35 | $11,038.36 | $8,853.60 | $11,600.00 | $129.48 | $61.22 | $448.39 | $3,129.36 | $321.29 | $72.48 |

| ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|---|
| $395.76 | $42.00 | $7,921.54 | $8,853.60 |
| $395.76 | $42.00 | $7,921.54 | $8,853.60 |

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $163,866.92 | $0.00 | $2,591.58 | $30,308.48 | $0.00 | $33,918.15 | $9,114.00 | $2,304.99 | $6,437.00 |
| | | | | | | | $163,866.92 | $0.00 | $2,591.58 | $30,308.48 | $0.00 | $33,918.15 | $9,114.00 | $2,304.99 | $6,437.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY AUTO ALLOW | PAY COE GUEST | PAY COMMISSION | PAY DRAW | PAY PHONE | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | PAY VOLUME BONUS | DEDUCTIONS 401(K) | DEDUCTIONS 401K ROTH | DEDUCTIONS DENTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $51,774.14 | $79,192.72 | $0.00 | $10,926.74 | $11,777.19 | $3,000.00 | $1,754.00 | $95,361.75 | $38,538.59 | $375.00 | $498.47 | $339.11 | $4,000.00 | $20,000.00 | $13,474.62 | $1,061.14 | $621.64 |
| $0.00 | $0.00 | $51,774.14 | $79,192.72 | $0.00 | $10,926.74 | $11,777.19 | $3,000.00 | $1,754.00 | $95,361.75 | $38,538.59 | $375.00 | $498.47 | $339.11 | $4,000.00 | $20,000.00 | $13,474.62 | $1,061.14 | $621.64 |

2

2022

| DEDUCTIONS ESPP | DEDUCTIONS MEDICAL | DEDUCTIONS SUPP LIFE | DEDUCTIONS VISION | EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO SUTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $10,596.88 | $4,206.84 | $273.78 | $73.58 | $6,437.00 | $33,918.15 | $2,304.99 | $9,114.00 | $6,451.01 | $129.48 | $62.74 | $498.47 | $3,372.09 | $339.11 | $73.84 | $316.20 |
| $10,596.88 | $4,206.84 | $273.78 | $73.58 | $6,437.00 | $33,918.15 | $2,304.99 | $9,114.00 | $6,451.01 | $129.48 | $62.74 | $498.47 | $3,372.09 | $339.11 | $73.84 | $316.20 |

3

2022

| ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|
| $42.00 | $2,304.99 | $9,114.00 |
| $42.00 | $2,304.99 | $9,114.00 |

| Employee Name | Company # | Company Name | FLSA Status | Pay Group | Status | Hourly Rate | Total Gross Pay | Total Expense Reimbursements | Total Fringe Benefits | Total Payroll Deductions | Total Earned Income Credit | Total Federal Income Taxes | Total Social Security Taxes | Total Medicare Taxes | Total State Income Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCALISTER, RIKKI | 02733 | LGI HOMES CORPORATE, LLC | Exempt | BW-HM | Terminated | 0.00 | $13,514.14 | $0.00 | $64.08 | $1,459.99 | $0.00 | $1,107.12 | $789.17 | $184.56 | $529.00 |
| | | | | | | | $13,514.14 | $0.00 | $64.08 | $1,459.99 | $0.00 | $1,107.12 | $789.17 | $184.56 | $529.00 |

| Total State DI/UI Taxes | Total Other State/Local Taxes | Total Total EE Taxes | Total Net Pay | Total Garnishments | Total ER Contributions | Total ER Taxes | PAY AUTO ALLOW | PAY DRAW | PAY PHONE | PAY TXBL: LTD | PAY TXBL: STD | PAY VAC BONUS | DEDUCTIONS 401K ROTH | DEDUCTIONS DENTAL | DEDUCTIONS MEDICAL | DEDUCTIONS SUPP LIFE | DEDUCTIONS VISION | EE TAXES CO PAID FMLA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.00 | $57.27 | $2,667.12 | $9,322.95 | $0.00 | $1,226.82 | $1,309.75 | $2,000.00 | $7,200.06 | $250.00 | $37.35 | $26.73 | $4,000.00 | $642.80 | $94.12 | $680.16 | $31.59 | $11.32 | $57.27 |
| $0.00 | $57.27 | $2,667.12 | $9,322.95 | $0.00 | $1,226.82 | $1,309.75 | $2,000.00 | $7,200.06 | $250.00 | $37.35 | $26.73 | $4,000.00 | $642.80 | $94.12 | $680.16 | $31.59 | $11.32 | $57.27 |

2

2023

| EE TAXES CO STATE W/H | EE TAXES FEDERAL W/H | EE TAXES MEDICARE | EE TAXES SOCIAL SEC | ER CONTRIBUTIONS 401K MATCH | ER CONTRIBUTIONS ER DENTAL | ER CONTRIBUTIONS ER LIFE | ER CONTRIBUTIONS ER LTD | ER CONTRIBUTIONS ER MEDICAL | ER CONTRIBUTIONS ER STD | ER CONTRIBUTIONS ER VISION | ER TAXES CO FMLA ER | ER TAXES CO SUTA | ER TAXES FUTA | ER TAXES MEDICARE ER | ER TAXES SOC SEC ER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $529.00 | $1,107.12 | $184.56 | $789.17 | $538.00 | $19.92 | $4.14 | $37.35 | $589.32 | $26.73 | $11.36 | $57.27 | $236.75 | $42.00 | $184.56 | $789.17 |
| $529.00 | $1,107.12 | $184.56 | $789.17 | $538.00 | $19.92 | $4.14 | $37.35 | $589.32 | $26.73 | $11.36 | $57.27 | $236.75 | $42.00 | $184.56 | $789.17 |

2023