# Exhibit 19



# LGI Homes, Inc.
## Performance Based Job Description
### New Home Consultant

**Reports To:** Sales Manager
**Prepared By:** LGI Homes Executive Team

**General Duties & Responsibilities:** Report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required. Take incoming phone calls, set appointments or arrange for follow-up meetings. Turn in Daily Reports to Office Manager each day. Perform office closing duties when scheduled. Tour properties with prospects, write sales contracts and deliver to Sales Manager. Maintain contact with customer until closing with Title Company. Within 48 hours after closing, perform quality service follow-up call and ask for referrals. Attend all Quarterly Meetings and Annual Awards Gala.

## MISSION CRITICAL TASKS:
1. Sell and close 20 homes per year the LGI Way.
2. ~~Perform 50 KIT calls each week.~~
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Sales Manager each quarter.
5. Attend and participate in Sales Training each Thursday at 12:00 pm.
6. Attend and participate in Sales Meeting each Saturday at 8:30 am.
7. Participate in goal session with Sales Manager each month.
8. Attend and participate in Corporate Sales Training each quarter.

Commission will not be paid to a New Home Consultant if a sale was made before he/she has officially graduated from Sales Training.

New Home Consultants must be meeting minimum standards to be considered for transfer to another LGI community.

In the event a New Home Consultant separates employment, credit will be given for closings up to the date of separation. The New Home Consultant will not receive credit for closings that occur after the date of separation. Commissions earned will be compared to actual draw paid. If commissions are greater than the amount paid, the commissions will be paid on the next scheduled pay period

Printed Name: *KIKKI MCALISTER*

Signature: *KJ McAlister*   Date: 12-5-15

**LGI HOMES 00801**