# Exhibit 20





**LGI Homes, Inc.**
**Performance Based Job Description**
**New Home Consultant**

### General Duties and Responsibilities:

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will complete and turn in daily reports to the Office Manager at the end of each shift. This role will perform office closing duties when scheduled and attend all weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

### Mission Critical Tasks:

1. Sell and close 20 homes or $4 million in volume per year the LGI way.
2. Perform Keep in Touch (KIT) calls in accordance with the sales manual.
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Sales Manager each quarter.
5. Attend and participate in sales training each Thursday at 12:00 pm.
6. Attend and participate in sales meeting each Saturday at 8:30 am.
7. Participate in goal session with Sales Manager each month.

Printed Name: RIKKI MCALISTER

Signature: RG McAleester    Date: 12-27-17

**LGI HOMES 00814**



## LGI Homes, Inc.
## Performance Based Job Description
## New Home Consultant

### General Duties and Responsibilities:

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will complete and turn in daily reports to the Office Manager at the end of each shift. This role will perform office opening and closing duties when scheduled and attend all weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

### Mission Critical Tasks:

1. Sell and close 20 homes or $5 million in volume per year the LGI way.
2. Perform Keep in Touch (KIT) calls in accordance with the Professional Sales Action Training Manual.
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Sales Manager each quarter.
5. Attend and participate in sales training each Thursday at 12:00 pm.
6. Attend and participate in sales meeting each Saturday at 8:30 am.
7. Participate in goal session with Sales Manager each month.
8. Attend a loan application a minimum once per quarter.
9. Attend a closing a minimum of once per quarter.
10. Attend a Homeowner Orientation Walk a minimum of once per quarter.

Printed Name: RIKKI M<sup>c</sup>ALISTER

Signature: [signature]     Date: 1·13·19

**LGI HOMES 00818**



**LGI Homes, Inc.**
**Performance Based Job Description**
**New Home Consultant**

### General Duties and Responsibilities:

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will turn in complete and accurate lead cards, welcome cards and daily reports to the Office Manager at the end of each shift. This role will perform office opening and closing duties when scheduled and attend all weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

### Mission Critical Tasks:

1. Sell and close 20 homes or $5 million in volume per year the LGI way.
2. Perform Keep in Touch (KIT) calls in accordance with the Professional Sales Action Training Manual.
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Sales Manager each quarter.
5. Attend and participate in sales training each Thursday at 12:00 pm.
6. Attend and participate in sales meeting each Saturday at 8:30 am.
7. Participate in goal session with Sales Manager each month.
8. Attend a loan application a minimum once per quarter.
9. Attend a closing a minimum of once per quarter.
10. Attend a Homeowner Orientation Walk a minimum of once per quarter.

Printed Name: _RIKKI MCALISTER_

Signature: _R McAlister_     Date: _1-9-2020_

**LGI HOMES 00821**



# LGI Homes, Inc.
## Performance Based Job Description
## New Home Consultant

### General Duties and Responsibilities:

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will turn in complete and accurate lead cards, welcome cards and daily reports to the Office Manager at the end of each shift. This role will perform office opening and closing duties when scheduled and attend all weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

### Mission Critical Tasks:

1. Sell and close 20 homes or $6 million in volume per year the LGI way.
2. Perform Keep in Touch (KIT) calls in accordance with the Professional Sales Action Training Manual.
3. Listen to at least 2 ad calls with Sales Manager each month.
4. Tour with Sales Manager each quarter.
5. Attend and participate in sales training each Thursday at 12:00 pm.
6. Attend and participate in sales meeting each Saturday at 8:30 am.
7. Participate in goal session with Sales Manager each month.
8. Attend a loan application a minimum once per quarter.
9. Attend a closing o minimum of once per quarter.
10. Attend a Homeowner Orientation Walk a minimum of once per quarter.

Printed Name: RIKKI MCALISTER

Signature: RJmcAlister    Date: 2·2·21



# LGI Homes, Inc.
## Performance Based Job Description
## New Home Consultant

**General Duties and Responsibilities:**

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will turn in complete and accurate lead cards, welcome cards and daily reports to the Office Manager at the end of each shift. This role will perform office opening and closing duties when scheduled and attend all weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

**Mission Critical Tasks:**

1. Sell and close 20 homes or $6 million in volume per year the LGI way.
2. Maintain 95% capture rate with LGI Mortgage Solutions.
3. Perform Keep in Touch (KIT) calls in accordance with the Professional Sales Action Training Manual.
4. Listen to at least 2 ad calls with Sales Manager each month.
5. Tour with Sales Manager each quarter.
6. Attend and participate in sales training each Thursday at 12:00 pm.
7. Attend and participate in sales meeting each Saturday at 8:30 am.
8. Participate in goal session with Sales Manager each month.
9. Attend a loan application a minimum once per quarter.
10. Attend a closing a minimum of once per quarter.
11. Attend a Homeowner Orientation Walk a minimum of once per quarter.

Printed Name: RIKKI MCALISTER

Signature: R M<sup>c</sup>Alister   Date: 10·31·21

LGI HOMES 00826



**LGI Homes, Inc.**
**Performance Based Job Description**
**New Home Consultant**

### General Duties and Responsibilities:

The New Home Consultant is responsible for selling homes the LGI way. This position will take incoming phone calls, web-leads, and walk-ins and set appointments. This role will tour properties with prospects, write sales contracts and maintain contact with the customer through closing.

The New Home Consultant will turn in complete and accurate lead cards, welcome cards and daily reports to the Office Manager at the end of each shift. This role will perform office opening and closing duties when scheduled. This position will attend quarterly oll-employee calls, weekly trainings, quarterly meetings and Service Impact Day.

The New Home Consultant will report to work Monday through Friday, on time for assigned shift. Saturday and Sunday work is required.

### Mission Critical Tasks:

1. Sell and close 15 homes or $5 million in volume per year the LGI way.
2. Maintain 90% capture rate with LGI Mortgage Solutions.
3. Perform Keep in Touch (KIT) calls in accordance with the Professional Sales Action Training Manual.
4. Listen to at least 2 ad calls with Sales Manager each month.
5. Tour with Sales Manager each quarter.
6. Attend and participate in sales training each Thursday at 12:00 pm.
7. Attend and participate in sales meeting each Saturday at 8:30 am.
8. Participate in goal session with Sales Manager each month.
9. Attend a loan application a minimum once per quarter.
10. Attend a closing a minimum of once per quarter.
11. Attend a Homeowner Orientation Walk a minimum of once per quarter.

Printed Name: _RIKKI MCALISTER_

Signature: _RJmrAlcott_   Date: _1-12-23_

**LGI HOMES 00831**