# Exhibit 21

# **FILED AS RESTRICTED LEVEL 1**