# Exhibit 22

Division of Unemployment Insurance
P.O. Box 400
Denver, CO 80201-0400



**COLORADO**
Department of
Labor and Employment

Go online: coloradoui.gov
Call: 1-800-388-5515
Fax: 303-318-9014

Forwarding Service Requested

Rikki J. Mcalister
963 W 100th Pl
Northglenn, CO 80260-6297

Date Sent: November 28, 2022
Claimant ID: 22691910

IMPORTANT! The following information is needed to determine if you can be paid unemployment benefits. It is critical that you understand the information in this document. If a question does not apply, state that in your answer. There is room at the bottom to add more information, if necessary. **Complete and submit this questionnaire no later than 12/5/2022 12:00:00 AM Mountain Time.** If returned by mail, your response must be received no later than 12/5/2022 12:00:00 AM Mountain Time. If you do not respond by the due date, we will issue a decision based on the available information. If you need help understanding or with the translation of the information in this document, call 1-800-388-5515.

¡IMPORTANTE! La siguiente información es necesaria para determinar si se le puede pagar beneficios de desempleo. Es sumamente importante que usted comprenda la información de este documento. Si una pregunta no aplica, declare que no aplica en su respuesta. Si es necesario, hay espacio en la parte inferior para añadir más información. **Complete y envíe este cuestionario antes del 12/5/2022 12:00:00 AM hora de la montaña.** Si se lo devuelve por correo, su respuesta debe recibirse a más tardar el 12/5/2022 12:00:00 AM hora de la montaña. Si no responde para la fecha de vencimiento, emitiremos una decisión basada en la información disponible. Si necesita ayuda para comprender o con la traducción de la información de este documento, llame al 1-800-388-5515.

## Employment Information

| | |
|---|---|
| Employer Name: | **LG1 HOMES CORPORATE LLC** |
| DBA Name: | **LGI HOMES CORPORATE LLC** |
| Address Line 1: | **1450 LAKE ROBBINS DR** |
| Address Line 2: | |
| City: | **THE WOODLANDS** |
| State: | **Texas** |
| ZIP/Postal Code: | **77380-3258** |
| Employment Start Date: | **1/4/2016** |
| Employment End Date: | **11/24/2022** |
| Job Title: | **Property, Real Estate, and Community Association Managers** |


68703949

An Equal Opportunity Employer

Page 1 of 3

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

## Section 1

* Select **one** statement below that best describes your situation, and provide the requested details:

1. ⦿ I was hired to work full-time, (32 hours per week or more is considered to be full-time work) but hours were reduced to a part-time schedule by my employer.
   1a. What was the agreed upon schedule between you and your employer at the time of hire?
   I am working for a new home builder. There are no leads (buyers) coming in. I am paid 100% commission with a draw that I have to pay back.
   1b. What reason did your employer give for reducing your hours?
   The interest rates have gone up and the buying market has gone down
   1c. How many hours did you work each week under the full time schedule?
   40
   1d. How many hours did you work each week under the part-time schedule?
   8

2. ◯ I was hired to work full-time, but I chose to reduce my hours to a part-time schedule.
   2a. How many hours did you work each week under the full time schedule?

   2b. How many hours did you work each week under the part-time schedule?

   2c. Why did you reduce your hours to part-time? Be specific.

3. ◯ I was hired to work part-time, (32 hours or less per week) but my hours have been reduced by my employer.
   3a. What was the agreed upon schedule between you and your employer when you were hired?

   3b. What reason did your employer give for reducing your hours?

   3c. How many hours did you work each week under the original part-time schedule?

   3d. How many hours did you work each week under the reduced part-time schedule?

4. ◯ I was hired to work part-time, but I chose to reduce my hours.
   4a. How many hours did you work each week under the original part-time schedule?

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la linea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

MCALISTER_Bates0548

4b. How many hours did you work each week under the reduced part-time schedule?

4c. Why did you reduce your hours? Be specific.

5. Is the reduction in hours permanent?
   ○ Yes *
   ● No
      5a. If no, when do you expect the reduction to end? ○ On: [       ]
                                                                              ● Unknown
6. Do you accept and work all hours offered to you?
   ● Yes *
   ○ No
      6a. If no, why not? Be specific. Provide dates/hours when you did not accept work offered.

## Section 2

If you wish to provide any additional information about this issue, provide below.

I am not making the money that I was making before. I am receiving a very small salary that I have to pay back should I close a home. I have not received a paycheck since the end of February. I did receive a partial check in May. I have been looking for new employment since June, 2022

Name and title of the person completing this request:

Rikki McAlister                                                                                                             *

Telephone number of the person completing this request: 7205372282

If you would like to be contacted by email as an additional method to contact you, please provide your email address: Rikkijm@gmail.com

☑ I certify that the above information is true and correct and I understand that the law provides penalties for false information.*

IMPORTANTE: Este documento afecta su elegibilidad para recibir beneficios de Seguro de Desempleo. Si usted no entiende este documento, llame inmediatamente a la línea de servicio al cliente del Departamento de Trabajo y Empleo de Colorado al 1-800-388-5515.

MCALISTER_Bates0549