# Exhibit 23

## FILED AS RESTRICTED LEVEL 1