# Exhibit 24

# **FILED AS RESTRICTED LEVEL 1**