# Exhibit 25

# **FILED AS RESTRICTED LEVEL 1**