# Exhibit 26

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03088-NYW-KAS

RIKKI MCALISTER, individually and on behalf of all similarly situated persons,

*Plaintiff*,

v.

LGI HOMES CORPORATE, LLC,

*Defendant*.

---

## Declaration of Melinda Malyuk

---

I, Melinda Malyuk, declare the following:

1. I am a citizen and resident of the State of Ohio.

2. I am over the age of eighteen (18) years old and competently make this Declaration.

3. I am a paralegal for Fisher & Phillips LLP – the law firm representing Defendant LGI Homes Corporate, LLC ("LGI Homes") in the above-captioned litigation.

4. In this role, I regularly handle and process data to create databases of processed data.

### I.   Collection of data for phone record analysis.

5. Plaintiff Rikki McAlister's ("Plaintiff") phone records from May 23, 2017

FP 51756406.3

through February 28, 2023 were produced by Verizon, subject to a subpoena. [**Ex. 24[1]**, **VERIZON 000001-001195**]

6. The phone records included the following data: phone call date; phone call time; phone number; call duration. [*Id.*]

7. LGI Homes provided Plaintiff's Performance Tracking System ("PTS") data from January 1, 2017 through February 28, 2023.  [**Ex. 11, Performance Tracking System Reports, LGI Homes 01128 – 01379**]

8. The PTS data included the phone numbers of LGI Homes customers and potential customers that Plaintiff called, took on home tours, and closed homes.  [*Id.*]

9. Plaintiff produced copies of her desk calendars from 2017 through 2023. [**Ex. 23, MCALISTER_Bates0155-0546**]

10. The desk calendars include entries for days and hours Plaintiff worked for LGI Homes from 2017 through 2023. [*Id.*]

11. LGI Homes produced several schedules from Second Farm Homes, a LGI Homes community where Plaintiff sold homes.  [**Ex. 21, LGI HOMES 01381 – 01390**]

12. The schedules list dates and times when Plaintiff was scheduled to work for the company. [*Id.*]

## II. Entry of Data for Phone Record Analysis.

13. I converted the Verizon phone records from searchable pdf to excel spreadsheet.

14. I exported the LGI Homes customer phone numbers from the PTS records

---

[1] References to exhibits in this declaration refer to exhibits cited in Defendant LGI Homes Corporate, LLC's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56.

to the excel spreadsheet and cross-referenced the PTS phone numbers against the phone numbers pulled from Verizon.

15. I entered the dates and hours Plaintiff worked for LGI Homes from the desk calendars into the excel spreadsheet.

16. I entered the dates and times that Plaintiff was scheduled to work from LGI Homes' calendars into the excel spreadsheet.

17. Deposition testimony and documentary evidence indicated that Plaintiff worked on Thursdays, Saturdays, and Sundays for LGI Homes. [**Ex. 2 Pl.'s Dep. Tr. 127:21; Ex. 23, MCALISTER_Bates0155-0546**]. Where the parties did not produce information on the hours Plaintiff worked on Thursdays, Saturdays, or Sundays, I assumed that Plaintiff worked from 8:30 am until 8 pm and entered those assumed dates and times into the excel spreadsheet.

### III. Results of Phone Record Analysis.

18. From the collected data, I was able to cull work calls (involving phone numbers contained in the PTS data) from the phone records to determine phone calls that were likely personal phone calls.

19. Additionally, based on the collected data (Plaintiff's desk calendars, LGI Homes' schedules, and assumed work on Thursdays, Saturdays, and Sundays), I limited the call data to days and times that Plaintiff likely worked for LGI Homes.

20. I was able to determine the phone numbers that Plaintiff most frequently contacted while allegedly working for LGI Homes.

21. Plaintiff identified the owners of 21 of the phone numbers during her deposition.

22. From Plaintiff's deposition testimony, I was able to cull the phone numbers that Plaintiff frequently interacted with for work and identify 16 phone numbers that were strictly for personal phone calls.

23. Plaintiff collectively interacted with those 16 phone numbers for a grand total of 75,064 minutes during shifts worked for LGI Homes.

I declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury, that the foregoing is true, accurate, and correct.

Executed on August 5, 2024 in Cleveland, Ohio.

*/s/ Melinda Malyuk*_____
Melinda Malyuk

FP 51756406.3