# Exhibit 27

**<u>FILED AS RESTRICTED</u>**

**<u>LEVEL 1</u>**