# Exhibit 28



From: Kevin Wolf
To: Ryan Stokes
Subject: Fwd: Rikki McAlister Resignation
Date: Thursday, February 9, 2023 6:02:48 PM
Attachments: roofelement(1)-01_55311274-8878-40c7-8b3e-b1c763a73452.png
facebook_e76b2891-e1fd-43d0-ac63-1aea56fbcedb.png
insta_a5a7be8c-21b7-40e7-97a6-40e857db7402.png
youtube_34f02661-3118-4911-bbaa-44c6bdba7aab.png
roofelement(1)-01_55311274-8878-40c7-8b3e-b1c763a73452.png
facebook_e76b2891-e1fd-43d0-ac63-1aea56fbcedb.png
insta_a5a7be8c-21b7-40e7-97a6-40e857db7402.png
youtube_34f02661-3118-4911-bbaa-44c6bdba7aab.png

Ryan
See the below resignation email from Rikki McAlister. She was at the office and worked today. We have her keys and normal
Thanks
Kevin

**Kevin Wolf**
VP of Operations
M: 720-634-4183
kwolf@lgihomes.com
www.lgihomes.com

Begin forwarded message:

From: Hugh Fitzpatrick <hugh.fitzpatrick@lgihomes.com>
Date: February 9, 2023 at 4:32:52 PM MST
To: Kevin Wolf <kwolf@lgihomes.com>
Subject: Fw: Rikki McAlister Resignation

**Hugh Fitzpatrick**
Sales Manager
M: 303-564-6168
hugh.fitzpatrick@lgihomes.com
www.lgihomes.com

From: Rikki McAlister <rikki.mcalister@lgihomes.com>
Sent: Thursday, February 9, 2023 4:11 PM
To: Hugh Fitzpatrick <hugh.fitzpatrick@lgihomes.com>
Subject: Rikki McAlister Resignation

Effective February 9, 2023 I resign from LGI.

Rikki McAlister

<roofelement(1)-01_55311274-8878-40c7-8b3e-b1c763a73452.png>

**Rikki McAlister**
Sales Master

rikki.mcalister@lgihomes.com
www.lgihomes.com
<facebook_e76b2891-e1fd-43d0-ac63-1aea56fbcedb.png>

<insta_a5a7be8c-21b7-40e7-97a6-40e857db7402.png>

<youtube_34f02661-3118-4911-bbaa-44c6bdba7aab.png>