# Exhibit 29

DISTRICT COURT, COUNTY OF ARAPAHOE
STATE OF COLORADO
7325 South Potomac Street
Centennial, Colorado 80112

^ COURT USE ONLY ^

---

RIKKI MCALISTER, individually and on behalf of all others similarly situated,
Plaintiff,

Case Number 2023CV030960

Division 204

vs.

LGI HOMES CORPORATE, LLC, a Texas limited liability company; and

KEVIN WOLF, individually,
Defendants.

---

REMOTE RULE 30(b)(6) DEPOSITION OF LGI HOMES CORPORATE, LLC, by CONNIE SONIER
October 24, 2023

---

PURSUANT TO WRITTEN NOTICE and the appropriate rules of civil procedure, the remote Rule 30(b)(6) deposition of LGI Homes Corporate, LLC, by CONNIE SONIER, called for examination by the Plaintiff, was taken with all parties appearing remotely, commencing at 9:36 a.m. on October 24, 2023, before Kimberly Smith, Registered Professional Reporter and Notary Public in and for the State of Colorado.

I N D E X

| EXAMINATION: | | PAGE |
| --- | --- | --- |
| By Mr. Harrison | | 5 |

| EXHIBITS: | | PAGE |
| --- | --- | --- |
| Exhibit 1 | Plaintiff's First Amended Notice of Deposition of the Defendant LGI Homes Corporate, LLC Pursuant to C.R.C.P. 30(b)(6) | 13 |
| Exhibit 2 | LinkedIn Resume of Connie Sonier | 14 |
| Exhibit 3 | Email to Schilling from ExponentHR, 5/3/18 | 17 |
| Exhibit 4 | Pay stub for McAlister, with attachments | 38 |
| Exhibit 5 | Pay stub for McAlister, with attachments | 38 |
| Exhibit 6 | Additional LGI Policies, with attachment | 54 |
| Exhibit 7 | Excerpt from LGI Homes Employee Handbook | 57 |

| | | |
|---|---|---|
| Exhibit 8 | Department of Labor and Employment Colorado Minimum Wage Order Number 35 | 60 |
| Exhibit 9 | Department of Labor and Employment Colorado Overtime and Minimum Pay Standards Order (Comps Order) #38 | 60 |
| Exhibit 10 | Letter To Whom It May Concern from McAlister, 4/2/23, with attachments | 66 |
| Exhibit 11 | LGI Homes, Inc. Performance Based Job Description, New Home Consultant | 68 |
| Exhibit 12 | Excel Spreadsheet | 72 |
| Exhibit 13 | Unlabeled Log | 75 |
| Exhibit 14 | Worksheet | 76 |
| Exhibit 15 | Form Letter from DeCamp, 1/25/07, with attachments | 80 |
| Exhibit 16 | 3rd Quarter 2020 Commission Detail, Rikki McAlister | 82 |

April 3, 2023

To Whom It May Concern:

As you are probably aware, I worked for LGI from January 2016 until February of this year. During that time, I worked a huge number of overtime hours, and was not provided with paid rest breaks that are required under Colorado law. During just the past three years, I worked through 3,080 ten-minute periods that should have been paid breaks and worked a total of 6,616.32 hours of overtime. In addition, LGI deducted $102,000.00 from my wages for “draw” paid in previous periods, despite the fact that there was no written agreement permitting such deductions. During my many years of working for LGI, I observed that other employees also worked unpaid overtime and without rest breaks.

I am writing to request that you immediately pay the following wages and compensation that are due to me under Colorado law, and that you pay the other LGI employees who worked so many hours without breaks and were subject to deductions the wages that are due to them as well:

Unpaid wages, including for missed rest breaks and overtime: $135,469.00
Reimbursement for unlawful deductions: $102,000.00

Total wages and compensation due: $237,469.00

You may pay this amount by direct depositing my wages and compensation using the bank information you currently have on file within 14 days of receiving this letter.

Thank you for your time and attention,

Sincerely,

Rikki McAlister

**Exhibit**
0010

1450 Lake Robbins Drive, Suite 430
The Woodlands, TX 77380
Tel: 281.362.8998
Fax: 281.210.2601
lgihomes.com

April 21, 2023

Rikki McAlister

963 W. 100th Pl.

Northglenn, CO 80260

Dear Rikki:

This Letter is in response to your correspondence dated, April 3, 2023, concerning your request for unpaid compensation. In your Offer Letter, dated December 2, 2015 ("Offer Letter"), LGI Homes offered you the position of New Home Consultant ("NHC"). The NHC job is an outside sales position. As such, under the federal Fair Labor Standards Act ("FLSA") and the Colorado Overtime & Minimum Pay Standards Order No. 38 ("COMPS Order"), outside sales positions are exempt from overtime and rest break requirements. In other words, as an outside salesperson, LGI Homes was not required to pay you for overtime or rest breaks, because the NHC position is exempt from these requirements.

With respect to your Recoverable Draw, you are correct that Colorado law requires that the employer and employee enter into a written agreement signed by both parties to authorize a payroll deduction. Your Offer Letter states in part,

> After the training pay ends you will transfer to a Recoverable Draw of $1,384.62 per pay period ($9,000.00 per quarter) compared against commissions earned on a quarterly basis. The maximum deficit allowed is $12,000.00. If you exceed the $12,000.00 maximum deficit, you no longer receive the recoverable draw but you will be paid on the first 2 units closed each month. All units closed above the first 2 will reduce your draw deficit. Any bonus will go towards deficit.

*See* Offer Letter, dated December 2, 2015, attached.

You signed the Offer Letter on December 5, 2015, and so did Chris Kelly, the Division President. This constitutes a written agreement under Colorado law. Specifically, you accepted the terms of compensation set forth in the Offer Letter authorizing the Recoverable Draw. Thus, you and LGI Homes agreed to a deduction from your pay for the Recoverable Draw.

Finally, at the time of your resignation, you were fully paid for all earned, vested and determinable compensation from LGI Homes. Please contact me if you have any questions.

Sincerely,

Connie Sonier



December 2, 2015

Rikki McAlister
963 W. 100th Pl.
Northglenn, CO 80260
303-523-6826

Dear Rikki,

We are pleased to offer you the position of New Home Consultant at Bella Vista.

Start Date: January 4, 2016

Mandatory Training at the Corporate Office in The Woodlands, TX: January 4th – 7th and January 16th – 21st.
*If you are traveling in from outside of Houston, travel arrangements will be made for you to arrive January 3rd and January 15th.

As a New Home Consultant, your compensation will be comprised of several components:

1. Training pay for your first 100 days totaling $9,890.11 (equivalent to $36,000 a year) paid biweekly
2. After the training pay ends you will transfer to a Recoverable Draw of $1,384.62 per pay period ($9,000.00 per quarter) compared against commissions earned on a quarterly basis. The maximum deficit allowed is $12,000.00. If you exceed the $12,000.00 maximum deficit, you no longer receive the recoverable draw but you will be paid on the first 2 units closed each month. All units closed above the first 2 will reduce your draw deficit. Any bonus will go towards deficit.

3. Commission structure paid on all closed sales within a calendar year.

| Commission % | 2.5% | 2.0% |
|---|---|---|
| Sales Price | $0-$499,900 | $500k+ |

4. Bonus structure paid at each level of units closed within a calendar year.

| Units Closed | Bonus |
|---|---|
| 20 Units | $ 5,000.00 |
| 25 Units | $10,000.00 |
| 30 Units | $15,000.00 |
| 35 Units | $17,500.00 |
| 40 Units | $20,000.00 |
| 45 Units | $22,500.00 |
| 50 Units | $25,000.00 |
| 60 Units | $30,000.00 |

*Example: 25 closed units will be paid a total of $15,000.00 in bonuses*
*40 closed units will be paid a total of $67,500.00 in bonuses*
*60 closed units will be paid a total of $145,000.00 in bonuses*

5. Eligible for 2017 Circle of Excellence trip if you close 20 units by December 31, 2016
6. Eligible for $2,000 one week vacation bonus after one full year of employment
7. 50% company-paid medical coverage for you and your family
8. Dollar-for-dollar 401k match up to 3%, with a maximum of $3,000 per year
9. Company-paid life insurance, short-term disability and long-term disability

As a New Home Consultant, you will be required to sign a non-compete and comply with our automobile insurance requirements; please contact Connie Sonier, our Director of Human Resources, at csonier@lgihomes.com if you would like to receive more information on these requirements prior to the training class. In addition, while in Texas for training, you will be required to share a hotel room with another new hire employee of the same gender.

By accepting this offer, you recognize that your employment is at will and this will be your compensation as long as you are employed unless revised by LGI.

Sincerely,

[signature]
Chris Kelly
Division President

Your Acceptance:

[signature] 12-5-15
Rikki McAlister Date

1450 Lake Robbins Drive Suite 430 The Woodlands, TX 77380 281-362-8998

MCALISTER_Bates0154