IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-03088-NYW-KAS

RIKKI MCALISTER, individually and on behalf of all similarly situated persons,

    Plaintiff,

v.

LGI HOMES CORPORATE, LLC,

    Defendant.

---

**DEFENDANT LGI HOMES CORPORATE, LLC'S NOTICE OF FILING OF PUBLIC EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

---

Defendant LGI Homes Corporate, LLC, ("Defendant" or "LGI Homes"), through undersigned counsel, hereby submits Exhibits 5, 9, and 21 as public/unrestricted exhibits to Defendant's Motion for Summary Judgment [Doc. 51], filed on August 5, 2024.

Respectfully submitted this 19th day of August, 2024.

                                FISHER & PHILLIPS LLP

                                */s/ Vance O. Knapp*
                                Vance O. Knapp
                                Patrick J. Collopy
                                1125 17th Street, Suite 2400
                                Denver, CO 80202
                                Tel: (303) 218-3656
                                vknapp@fisherphillips.com
                                pcollopy@fisherphillips.com

                                *Attorneys for Defendant LGI Homes Corporate, LLC*

1

FP 51939565.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2024, I electronically filed the foregoing **DEFENDANT LGI HOMES CORPORATE, LLC'S NOTICE OF FILING OF PUBLIC EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Claire E. Hunter
Adam M. Harrison
Cynthia J. Sánchez
HKM Employment Attorneys LLP
518 17th Street, Suite 1100
Denver, CO 80202
(720) 255-0370
chunter@hkm.com
aharrison@hkm.com
csanchez@hkm.com

Jennifer A. Wadhwa
3i Law LLC
2000 S. Colorado Blvd.
Tower 1, Suite 10000
Denver, CO 80222
(303) 245-2100
jwadhwa@3ilawfirm.com

*Counsel for Plaintiff*

/s/ Becky Franson
For Fisher & Phillips LLP

2

FP 51939565.1