# Exhibit 5
## to Defendant's Motion for Summary Judgment [Doc. 51]

[Filed as Public/Unrestricted]



# *Sales Levels of Achievement*

Dear Candidate,

Our company has been built on the cornerstone of quality, service, superior product and the highest standard of professionalism in the industry.  Our customers recognize the quality, service, and superior product that we provide in our day-to-day business, and we would like to formally recognize those individuals who perform at the highest standards.

The enclosed symbols of award and recognition will be given to individuals who reach three levels of achievement:

**Sales Professional:**		20 Closed Units per Year
					Attend Circle of Excellence Trip
					Receive "Sales Professional" business cards
**Sales Executive:**		30 Closed Units per Year
					Attend Circle of Excellence Trip
					Receive "Sales Executive" business cards
**Sales Master:**			40 Closed Units per Year
					Attend Circle of Excellence Trip for LIFE
					Receive Sales Master ring
					Receive "Sales Master" business cards

It is with great consideration that we offer each award and hope it will instill pride in and continual recognition for those who earn it.  Thank you for being a part of the LGI Team.

Good Luck!

*Eric Lipar*
Eric Lipar
CEO