# Exhibit 21

## to Defendant's Motion for Summary Judgment [Doc. 51]

## [Filed as Public/Unrestricted]

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| JAN | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| **8:30-4:30** | CB | RM | DS | CB | SS | | SS |
| | | | | | | | |
| **12:00-8:00** | RM | DS | SS | RM,DS, SS | CB | CB | DS |
| JAN | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| **8:30-4:30** | RM | DS | SS | RM | CB | | CB |
| | | | | **QUARTERLY** | | | |
| **12:00-8:00** | DS | SS | CB | DS, SS, CB | RM | RM | SS |
| JAN | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| **8:30-4:30** | DS | SS | CB | DS | RM | | RM |
| | | | | | | | |
| **12:00-8:00** | SS | CB | RM | SS, CB, RM | DS | DS | CB |
| JAN | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| **8:30-4:30** | SS | CB | RM | SS | DS | | DS |
| | | | | | | | **COE** |
| **12:00-8:00** | CB | RM | DS | CB,RM,DS | SS | SS | RM |
| FEB | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **8:30-4:30** | CB | RM | DS | CB | SS | | SS |
| | **CIRCLE OF EXCELLENCE** | | | | | | |
| **12:00-8:00** | RM | DS | SS | RM,DS, SS | CB | CB | DS |
| FEB | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| **8:30-4:30** | RM | DS | SS | RM | CB | | CB |
| | | | | | | | |
| **12:00-8:00** | DS | SS | CB | DS, SS, CB | RM | RM | SS |
| FEB | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| **8:30-4:30** | DS | SS | CB | DS | RM | | RM |
| | | | | | | | |
| **12:00-8:00** | SS | CB | RM | SS, CB, RM | DS | DS | CB |
| FEB | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| **8:30-4:30** | SS | CB | RM | SS | DS | | DS |
| | | | | | | | |
| **12:00-8:00** | CB | RM | DS | CB,RM,DS | SS | SS | RM |

No appointments on Thursday

Thursday training from 12:00-4:00 PM

Saturday Morning Meeting at 8:30 AM

New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **8:30-4:30** | CB | RM | DS | CB | SS | | SS |
| **12:00-8:00** | RM | DS | SS | RM,DS, SS | CB | CB | DS |
| MAR | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| **8:30-4:30** | RM | DS | SS | RM | CB | | CB |
| **12:00-8:00** | DS | SS | CB | DS, SS, CB | RM | RM | SS |
| MAR | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| **8:30-4:30** | DS | SS | CB | DS | RM | | RM |
| **12:00-8:00** | SS | CB | RM | SS, CB, RM | DS | DS | CB |
| MAR | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| **8:30-4:30** | SS | CB | RM | SS | DS | | DS |
| **12:00-8:00** | CB | RM | DS | CB,RM,DS | SS | SS | RM |
| MAR/APR | 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| **8:30-4:30** | CB | RM | DS | CB | SS | | SS |
| **12:00-8:00** | RM | DS | SS | RM,DS, SS | CB | CB | DS |
| APR | 2 | 6 | 7 | 8 | 9 | 10 | 11 |
| **8:30-4:30** | RM | DS | SS | RM | CB | | CB |
| **12:00-8:00** | DS | SS | CB | DS, SS, CB | RM | RM | SS |
| APR | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| **8:30-4:30** | DS | SS | CB | DS | RM | | RM |
| **12:00-8:00** | SS | CB | RM | SS, CB, RM | DS | DS | CB |
| APR | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| **8:30-4:30** | SS | CB | RM | SS | DS | | DS |
| **12:00-8:00** | CB | RM | DS | CB,RM,DS | SS | SS | RM |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| APR | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | | RM |
| **11:00-7:00** | SS | | | CB | CT | | |
| **12:00-8:00** | DS | RM | CT | CT, SS | CB | DS | SS |
| APR | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | | DS |
| **11:00-7:00** | RM | | | **QUARTERLY** | SS | | |
| **12:00-8:00** | CB | DS | SS | CT, SS, RM | CT | CB | RM |
| APR | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | | CB |
| **11:00-7:00** | DS | | | SS | RM | | |
| **12:00-8:00** | CT | CB | RM | RM, DS | SS | CT | DS |
| APR/MAY | 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | | CT |
| **11:00-7:00** | CB | | | RM | DS | | |
| **12:00-8:00** | SS | CT | DS | DS, CB | RM | SS | CB |
| MAY | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | | SS |
| **11:00-7:00** | CT | | | DS | CB | | |
| **12:00-8:00** | RM | SS | CB | CB, CT | DS | RM | CT |
| MAY | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **8:30-4:30** | RM | DS | CB | RM, DS | SS | | RM |
| **11:00-7:00** | SS | | | CB | CT | | |
| **12:00-8:00** | DS | RM | CT | CT, SS | CB | DS | SS |
| MAY | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | | DS |
| **11:00-7:00** | RM | | | CT | SS | | |
| **12:00-8:00** | CB | DS | SS | SS, RM | CT | CB | RM |
| MAY | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | | CB |
| **11:00-7:00** | DS | | | SS | RM | | |
| **12:00-8:00** | CT | CB | RM | RM, DS | SS | CT | DS |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| MAY/JUN | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | | RM |
| **11:00-7:00** | SS | | | CB | CT | | |
| **12:00-8:00** | DS | RM | CT | CT, SS | CB | DS | SS |
| JUN | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | | DS |
| **11:00-7:00** | RM | | | CT | SS | | |
| **12:00-8:00** | CB | DS | SS | SS, RM | CT | CB | RM |
| JUN | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | | CB |
| **11:00-7:00** | DS | | | SS | RM | | |
| **12:00-8:00** | CT | CB | RM | RM, DS | SS | CT | DS |
| JUN | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | | CT |
| **11:00-7:00** | CB | | | RM | DS | | |
| **12:00-8:00** | SS | CT | DS | DS, CB | RM | SS | CB |
| JUN/JUL | 28 | 29 | 30 | 1 | 2 | 3 | 4 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | | SS |
| **11:00-7:00** | CT | | | DS | CB | | |
| **12:00-8:00** | RM | SS | CB | CB, CT | DS | RM | CT |
| JUL | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| **8:30-4:30** | RM | DS | CB | RM, DS | SS | | RM |
| **11:00-7:00** | SS | | | CB | CT | | |
| **12:00-8:00** | DS | RM | CT | CT, SS | CB | DS | SS |
| JUL | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| **8:30-4:30** | DS | CB | CT | DS, CB, CT | RM | | DS |
| **11:00-7:00** | RM | | | QUARTERLY | SS | | |
| **12:00-8:00** | CB | DS | SS | SS, RM | CT | CB | RM |
| JUL | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | | CB |
| **11:00-7:00** | DS | | | SS | RM | | |
| **12:00-8:00** | CT | CB | RM | RM, DS | SS | CT | DS |
| JUL/AUG | 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | | CT |
| **11:00-7:00** | CB | | | RM | DS | | |
| **12:00-8:00** | SS | CT | DS | DS, CB | RM | SS | CB |
| AUG | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | | SS |
| **11:00-7:00** | CT | | | DS | CB | | |
| **12:00-8:00** | RM | SS | CB | CB, CT | DS | RM | CT |

No appointments on Thursday

Thursday training from 12:00-4:00 PM

Saturday Morning Meeting at 8:30 AM

New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| AUG | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | CT | RM |
| | | | | CB | | | |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | CT | RM |
| AUG | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| AUG | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| AUG/SEP | 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| SEP | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | SS |
| SEP | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| **8:30-4:30** | RM | DS | CB | RM, DS | SS | CT | RM |
| | | | | CB | | | |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | CT | RM |
| SEP | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| SEP/OCT | 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| OCT | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| OCT | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | SS |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Oct | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | CT | RM |
| | | | | QUARTERLY | | | |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | CT | RM |
| Oct | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| Nov | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| Nov | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| Nov | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | SS |
| Nov | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| **8:30-4:30** | RM | DS | CB | Closed | SS | CT | RM |
| | | | | Happy | | | |
| **12:00-8:00** | RM | DS | CB | Thanksgiving | SS | CT | RM |
| Nov/Dec | 29 | 30 | 1 | 2 | 3 | 4 | 5 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| Dec | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| Dec | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| **8:30-4:30** | CT | SS | RM | CT, SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| Dec | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| **8:30-4:30** | SS | RM | DS | SS, RM | Closed | | SS |
| | | | | DS | Christmas | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | Eve & Day | | SS |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Dec/Jan | 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | **New Year's Day** | RM |
| | | | | CB | | | |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | | RM |
| Jan | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| Jan | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| Jan | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| **8:30-4:30** | CT | SS | **Quarterly** | DS | CB | DS | CT |
| **12:00-8:00** | CT | SS | | DS | CB | DS | CT |
| Jan | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS **COE** |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | |
| Jan/Feb | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| **8:30-4:30** | SS **COE** | DS **COE** | DS **COE** | DS **COE** | SS | CT | RM |
| **12:00-8:00** | | | | | SS | CT | RM |
| Feb | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| Feb | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| Feb | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **8:30-4:30** | CT | SS | RM | CT,SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| Feb/Mar | 28 | 1 | 2 | 3 | 4 | 5 | 6 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | SS |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Mar | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | CT | RM |
| | | | | CB | | | |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | CT | RM |
| Mar | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| **8:30-4:30** | DS | CB | CT | DS, CB | RM | SS | DS |
| | | | | CT | | | |
| **12:00-8:00** | DS | CB | CT | SS, RM | RM | SS | DS |
| Mar | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| Mar/Apr | 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| **8:30-4:30** | CT | SS | RM | CT,SS | CB | DS | CT |
| | | | | RM | | | |
| **12:00-8:00** | CT | SS | RM | DS, CB | CB | DS | CT |
| Apr | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| **8:30-4:30** | SS | RM | DS | SS, RM | CT | CB | SS |
| | | | | DS | | | |
| **12:00-8:00** | SS | RM | DS | CB, CT | CT | CB | SS |
| Apr | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| **8:30-4:30** | RM | DS | CB | RM,DS | SS | CT | |
| | | | | CB | | | **Easter** |
| **12:00-8:00** | RM | DS | CB | CT, SS | SS | CT | |
| Apr | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| **8:30-4:30** | DS | CB | CT | | RM | SS | DS |
| | | | | **Quarterly** | | | |
| **12:00-8:00** | DS | CB | CT | | RM | SS | DS |
| Apr/May | 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| **8:30-4:30** | CB | CT | SS | CB, CT | DS | RM | CB |
| | | | | SS | | | |
| **12:00-8:00** | CB | CT | SS | RM, DS | DS | RM | CB |
| May | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| **8:30-4:30** | | | | | | | |
| | | | | | | | |
| **12:00-8:00** | | | | | | | |
| May | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **8:30-4:30** | | | | | | | |
| | | | | | | | |
| **12:00-8:00** | | | | | | | |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

## Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Sep/Oct | 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| **8:30-4:30** | CB | CT | RM | CB | DB | | DB |
| | | | | | | | |
| **12:00-8:00** | CT | RM | DB | CT,RM,DB | CB | CB | RM |
| Oct | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| **8:30-4:30** | CT | RM | DB | CT | CB | | CB |
| | | | | | | | |
| **12:00-8:00** | RM | DB | CB | RM,DB,CB | CT | CT | DB |
| Oct | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **8:30-4:30** | RM | DB | CB | RM | CT | | CT |
| | | | | | | | |
| **12:00-8:00** | DB | CB | CT | DB,CB,CT | RM | RM | CB |
| Oct | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| **8:30-4:30** | DB | CB | CT | DB | RM | | CB |
| | | | | **Quarterly** | | | |
| **12:00-8:00** | CB | CT | RM | CB,CT,RM | DB | DB | CT |
| Oct | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| **8:30-4:30** | CB | CT | RM | CB | DB | | DB |
| | | | | | | | |
| **12:00-8:00** | CT | RM | DB | CT,RM,DB | CB | CB | RM |
| Oct/Nov | 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| **8:30-4:30** | CT | RM | DB | CT | CB | | CB |
| | | | | | | | |
| **12:00-8:00** | RM | DB | CB | RM,DB,CB | CT | CT | DB |
| Nov | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **8:30-4:30** | RM | DB | CB | RM | CT | | CT |
| | | | | | | | |
| **12:00-8:00** | DB | CB | CT | DB,CB,CT | RM | RM | CB |
| Nov | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| **8:30-4:30** | DB | CB | CT | **Happy** | RM | | CB |
| | | | | **Thanksgiving** | | | |
| **12:00-8:00** | CB | CT | RM | | DB | DB | CT |
| Nov | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **8:30-4:30** | CB | CT | RM | CB | DB | | DB |
| | | | | | | | |
| **12:00-8:00** | CT | RM | DB | CT,RM,DB | CB | CB | RM |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener

# Second Creek Farm

| | MON | TUES | WED | THURS | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|
| Nov | **7** | **8** | **9** | **10** | **11** | **12** | **13** |
| **8:30-4:30** | Team | Team | Team | Team | open | **SCF F2** | CP |
| **12:00-8:00** | Training | Training | Training | Training | Line | **G.O.** | CB |
| Nov | **14** | **15** | **16** | **17** | **18** | **19** | **20** |
| **8:30-4:30** | CP | CB | CT | CP | RM | | CB |
| **12:00-8:00** | CB | CT | RM | CB,CT,RM | CP | CP | CT |
| Nov | **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| **8:30-4:30** | CB | CT | RM | **Thanksgiving** | CP | | CT |
| **12:00-8:00** | CT | RM | CP | **Holiday** | CB | CB | RM |
| Nov/Dec | **28** | **29** | **30** | **1** | **2** | **3** | **4** |
| **8:30-4:30** | CT | RM | CP | CT | CB | | RM |
| **12:00-8:00** | RM | CP | CB | RM,CP,CB | CT | CT | CP |
| Dec | **5** | **6** | **7** | **8** | **9** | **10** | **11** |
| **8:30-4:30** | RM | CP | CB | RM | CT | | CP |
| **12:00-8:00** | CP | CB | CT | CP,CB,CT | RM | RM | CB |
| Dec | **12** | **13** | **14** | **15** | **16** | **17** | **18** |
| **8:30-4:30** | CP | CB | CT | CP | RM | | CB |
| **12:00-8:00** | CB | CT | RM | CB,CT,RM | CP | CP | CT |
| Dec | **19** | **20** | **21** | **22** | **23** | **24** | **25** |
| **8:30-4:30** | CB | CT | RM | CB | CP | **Christmas** | |
| **12:00-8:00** | CT | RM | CP | CT,RM,CP | CB | **Eve & Day** | |
| Dec/Jan | **26** | **27** | **28** | **29** | **30** | **31** | **1** |
| **8:30-4:30** | CT | RM | CP | CT | CB | | **New Year's** |
| **12:00-8:00** | RM | CP | CB | RM,CP,CB | CT | CT | **Day** |
| Jan | **2** | **3** | **4** | **5** | **6** | **7** | **8** |
| **8:30-4:30** | RM | CP | CB | RM | CT | | CP |
| **12:00-8:00** | CP | CB | CT | CP,CB,CT | RM | RM | CB |
| Jan | **9** | **10** | **11** | **12** | **13** | **14** | **15** |
| **8:30-4:30** | CP | CB | **Quarterly** | CP | RM | | CB |
| **12:00-8:00** | CB | CT | **Meeting** | CB,CT,RM | CP | CP | CT |

No appointments on Thursday
Thursday training from 12:00-4:00 PM
Saturday Morning Meeting at 8:30 AM
New Home Consultants need to be in the office by 10:30 AM on Sunday unless they are the opener